| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cost Less Distributing, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dog Treats Depot<br>4905 N. Flagler Dr. Apt. 14<br>West Palm Beach, FL 33407 | | | | | | $40,640.00 |
| Hubun USA LLC<br>2196 Oakdale Cir 60133<br>Hanover Park, IL 60133 | | | | | | $76,025.76 |
| IMS Brazil | | | | | | $118,949.32 |
| Joy Human Capital LLC<br>Sales Department<br>13010 Morris Rd Bldg1, Suite 600<br>Alpharetta, GA 30004 | | | | | | $2,050.00 |
| Kay Financial, Inc.<br>11500 N SAGINAW<br>Mount Morris, MI 48458 | peterdoerrpc.com | | | $1,100,000.00 | $0.00 | $1,100,000.00 |
| Natural Farm FN USA INC<br>2430 Herodian Way<br>Smyrna, GA 30080 | | | Disputed | | | $346,355.33 |
| Palo Duro Pet Products<br>11701 Bold Venture Ave<br>Canyon, TX 79015 | | | | | | $12,372.00 |
| Petmex Company LLC<br>523 Salem Rd Union<br>Union, NJ 07083-7801 | | | | | | $154,389.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  Cost Less Distributing, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| The Wild Bone Company<br>140 Jalyn Drive<br>New Holland, PA 17557 | | | | | | $15,205.68 |
| Torito Brands LLC<br>730 South Powerline Rd. Suite D<br>Deerfield Beach, FL 33442 | | | | | | $78,120.00 |
| Umay Trade Co. LLC<br>11077 Biscayne Blvd Suite 408<br>Miami, FL 33161 | | | | | | $60,000.00 |
| Unishippers<br>PO Box 168<br>Allamuchy, NJ 07820 | | | | | | $96,780.80 |
| V Charge Cellutions<br>4496 Elmdale Drive<br>Tucker, GA 30084 | | | | | | $9,680.00 |
| Whole Pet Chew<br>5065 NW 74 AV, Suite 7<br>Miami, FL 33166 | | | | | | $176,319.50 |
| Zenta Pets<br>1440 NW 82 Ave<br>Doral, FL 33126 | | | | | | $140,899.13 |
| Zno The CIT Group<br>PO Box 36153<br>Charlotte, NC 28236-6153 | | | | | | $52,647.50 |