# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:

Cost Less Distributing, Inc.,   Case No. 24-31912
                                Chapter 11 proceeding
                                Judge: Joel D. Applebaum

Debtor.
_____/

## ORDER SETTING INTERIM HEARINGS ON THE DEBTOR'S MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 361

THIS MATTER having come before the Court upon Cost Less Distributing, Inc.'s First Day Motion for Entry of Interim and Final Orders Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. § 363, Granting Adequate Protection Pursuant to 11 U.S.C. § 361, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) ("the Motion"). The Court has considered the expedited hearing the Debtor's request for interim relief, and being fully advised in the premises, the Court finds good cause for entry of this Order. For these reasons, and for the reasons stated on the record:

IT IS HEREBY ORDERED that an initial interim hearing on the Motion shall be held on the **21st day of October, 2024 at 10:00 AM** telephonically with parties wishing to take part calling 202-503-1666 and using access code 96965490#. Prior to the October 21 hearing, Debtor shall prepare and file an affidavit setting forth the amount of cash collateral that is required to avoid irreparable harm through October 30, 2024. A second interim hearing

will be held on October 30, 2024 at 11:00 AM. Objections to the Motion should be filed in writing on or before October 18, 2024 and served on Debtor's counsel, Peter T. Mooney, Simen, Figura & Parker, PLC, 5206 Gateway Centre, Ste 200, Michigan 48507. Objections may also be raised orally at the October 21, 2024 hearing. If objections are raised, the October 30, 2024 hearing will held be in person the United States Bankruptcy Court located at 226 W. Second, Flint, MI 48502. Out of district counsel or other out of district parties in interest may appear telephonically. If no objections are received, the October 30, 2024 hearing will be held telephonically as described and using the number above.

IT IS FURTHER ORDERED that this order shall be served on all secured creditors, the 20 largest creditors and the United States Trustee by overnight mail or email within 24 hours of the entry of this order.

**Signed on October 17, 2024**



/s/ Joel D. Applebaum
_____
**Joel D. Applebaum**
**United States Bankruptcy Judge**