# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Cost Less Distributing, Inc.                          Case No. 24-31912
                                                      Chapter 11 proceeding


                     Debtor.                          Judge: Joel D. Applebaum
_____/

## AMENDED EXHIBIT REGARDING DEBTOR'S PROPOSED BUDGET

Cost Less Distributing attached a budget as exhibit D to its motion to permit the use of cash collateral and to provide for adequate protection payments based on its best estimates and information available at the time. This exhibit amends and updates that document as a projected November budget.

Respectfully submitted


/s/ Peter T. Mooney
Peter T. Mooney (P47012)
5206 Gateway Centre #200
Flint, MI 48507
Dated: October 29, 2024          (810) 235-9000

# Cost Less Distributing Inc.
# Profit & Loss
### October 1 - 16, 2024

|  | Nov 1 - 30, 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Bill Back / Credit** | -500.00 |
| **Discount** | -3,200.00 |
| **Fee** | |
| **Credit Card Processing** | 600.00 |
| **Total Fee** | 600.00 |
| **Sales** | |
| **Alcohol** | 0.00 |
| **General Merchandise Sales** | 12,500.00 |
| **Grocery Sales** | 0.00 |
| **Pet Sales** | 375,000.00 |
| **Total Sales** | 387,500.00 |
| **Shipping and Delivery Income** | 1,146.62 |
| **Total Income** | 388,646.62 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| **Cost of Goods General Merch** | 6,250.00 |
| **Cost of Goods Grocery** | 0.00 |
| **Cost of Goods Pet** | 225,000.00 |
| **Cost of Goods Sold - Other** | |
| **Total Cost of Goods Sold** | 231,250.00 |
| **Total COGS** | 231,250.00 |
| **Gross Profit** | 157,396.62 |
| **Expense** | |
| **Adequate Protection** | 2,000.00 |
| **Advertising and Promotion** | 1,000.00 |
| **Auto and Truck Expenses** | 3,500.00 |
| **Auto Lease** | 675.38 |
| **Bank Fee** | 400.00 |
| **Building & Paint Supplies** | 180.27 |
| **Commission** | 16,000.00 |
| **Computer and Internet Expenses** | 910.17 |
| **Credit Card Fee** | 2,600.00 |
| **Insurance Expense** | 4,500.00 |
| **Payroll Expenses** | 65,000.00 |
| **Printing and Reproduction** | 750.00 |
| **Professional Fees For Confirmation** | 4,000.00 |
| **Repairs and Maintenance** | 1,200.00 |
| **Shipping / Freight** | 15,000.00 |
| **Telephone Expense** | 910.00 |
| **Utilities** | 5,500.00 |
| **Warehouse Supplies** | 300.00 |
| **Total Expense** | 124,425.82 |
| **Net Ordinary Income** | 32,970.80 |
| **Net Income** | 32,970.80 |