UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: 10/7/24 - 10/31/24

In re:                                                    Case Number: 24-31912-jda

COST LESS DISTRIBUTING, INC.,                             Chapter 11

   Debtor.                                                Hon. Joel D. Applebaum
_____/

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:
   - ✓ Operating Statement          (Form 2)
   - ✓ Balance Sheet                (Form 3)
   - ✓ Summary of Operations        (Form 4)
   - ✓ Monthly Cash Statement       (Form 5)
   - ✓ Statement of Compensation    (Form 6)
   - ✓ Schedule of In-Force Insurance (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)   YES ✓   NO ____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)   YES ✓   NO ____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)   YES ____   NO ✓
   $650 check for tax return to Pfaff & Associates because of bounced check due to account closed

5. All United States Trustee Quarterly fees have been paid and are current.
   YES ✓   NO ____

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation)   YES ✓   NO ____

   I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: 11/18/24                    _____
                                   Debtor in Possession

                                   V.P.                     810 625-9528
                                   Title                    Phone

                                                            *Form 1*

# OPERATING STATEMENT (P&L)

Period Ending: 10/7/24 - 10/31/24

Case No: 24-31912-jda

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | $358,947.71 | |
| Cost of Sales | $200,469.03 | |
| GROSS PROFIT | $158,478.68 | |
| **EXPENSES:** | | |
| Officer Compensation | 0 | |
| Salary Expenses other Employees | $47,052.24 | |
| Employee Benefits & Pensions | 0 | |
| Payroll Taxes | $14,844.16 | |
| Other Taxes | 0 | |
| Rent and Lease Expense | 0 | |
| Interest Expense | 0 | |
| Insurance | $2,949.29 | |
| Automobile and Truck Expense | $2,910.47 | |
| Utilities (gas, electric, phone) | $4,087.07 | |
| Depreciation | 0 | |
| Travel and Entertainment | 0 | |
| Repairs and Maintenance | $935.10 | |
| Advertising | $513.36 | |
| Supplies, Office Expense, etc. | $401.86 | |
| Other Specify | $11,657.69 | |
| Other Specify | $1,876.74 | |
| **TOTAL EXPENSES:** | $87,227.98 | |
| **NET OPERATING PROFIT/(LOSS)** | $71,250.70 | |
| Add: Non-Operating Income: Interest Income Other Income | | |
| Less: Non-Operating Expenses: Professional Fees Other | | |
| **NET INCOME/(LOSS)** | $71,250.70 | |

*Form 2*

# BALANCE SHEET

Period Ending: 10/7/24 - 10/31/24

Case No: 24-31912-jda

| ASSETS: | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | $161,243.59 | | |
| Inventory: | $292,348.15 | | |
| Accounts Receivables: | $223,809.20 | | |
| Insider Receivables | | | |
| Land and Buildings: | $500,600.00 | | |
| Furniture, Fixtures & Equip: | $398,327.00 | | |
| Accumulated Depreciation: | ($26,963.00 | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | **$1,549,364.94** | | |
| LIABILITIES: | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |
| Secured Liabilities: | | | |
| Subject to Post-petition | $376,292.84 | | |
| Collateral or Financing Order | $1,164,016.86 | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | $1,540,309.10 | | |
| Pre-petition Liabilities: | | | |
| Taxes & Other Priority Liabilities | $12,372.69 | | |
| Unsecured Liabilities: | $1,243,547.73 | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | | | |
| Equity: | | | |
| Owners Capital: | $1000.00 | | |
| Retained Earnings-Pre Petition. | ($1,247.864.58) | | |
| Retained Earnings-Post Petition. | | | |
| **TOTAL Equity:** | **$1,549,364.94** | | |
| **TOTAL LIABILITIES** | **$4,045,094.10** | | |
| /AND EQUITY | ($2,495,729.16) | | |

*Form 3*

# SUMMARY OF OPERATIONS

Period Ended: 10/7/24 - 10/31/24

Case No: 24-31912-jda

## Schedule of Post-Petition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | $3,087.00 | $3,087.00 | 0 |
| State: | 0 | $1,339.27 | 0 | $1,339.27 |
| Local: | 0 | | | 0 |
| **FICA Withheld:** | | $2,064.39 | | |
| **Employers FICA:** | | $2,064.39 | | |
| **Unemployment Tax:** | | | | |
| Federal: | | $6.47 | | $6.47 |
| State: | | $26.95 | | $26.95 |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | $11,000.00 | | | $11,000.00 |
| **Workers' Compensation** | | | | |
| **Other:** | | | | |
| **TOTALS:** | | | | |

## AGING OF ACCOUNTS RECEIVABLE AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | $0 | | |
| Accounts Receivable | $223,809.20 | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

The company seems to be on track to turning around.

*Form 4*

# MONTHLY CASH STATEMENT
Period Ending: 10/7/24 – 10/31/24

Cash Activity Analysis (Cash Basis Only):  Case No: 24-31912-jda

|  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | $0 | | | | |
| B. Receipts (Attach separate schedule) | $360,670.90 | | | | |
| C. Balance Available (A + B) | $360,670.90 | | | | |
| D. Less Disbursements (Attach separate schedule) | $199,427.31 | | | | |
| E. ENDING BALANCE (C - D) | $161,243.59 | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $** $199,427.31

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
1. Depository Name & Location  Elga Credit Union - Hill Rd Grand Blanc
2. Account Number  6391221

Payroll Account:
1. Depository Name & Location _____
2. Account Number _____

Tax Account:
1. Depository Name & Location _____
2. Account Number _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

Date: 11/18/24                    _____
                                  Debtor in Possession

*Form 5*

# Cost Less Distributing Inc.
## Reconciliation Summary
### Elga-DIP, Period Ending 10/31/2024

|  | Oct 31, 24 |  |
|---|---:|---:|
| **Beginning Balance** |  | 0.00 |
|   Cleared Transactions |  |  |
|     Checks and Payments - 81 items | -200,742.82 |  |
|     Deposits and Credits - 79 items | 361,986.41 |  |
|   Total Cleared Transactions | 161,243.59 |  |
| **Cleared Balance** |  | 161,243.59 |
|   Uncleared Transactions |  |  |
|     Checks and Payments - 5 items | -7,595.81 |  |
|     Deposits and Credits - 1 item | 0.00 |  |
|   Total Uncleared Transactions | -7,595.81 |  |
| **Register Balance as of 10/31/2024** |  | 153,647.78 |
|   New Transactions |  |  |
|     Checks and Payments - 27 items | -66,741.33 |  |
|   Total New Transactions | -66,741.33 |  |
| **Ending Balance** |  | 86,906.45 |

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 81 items** | | | | | | |
| Liability Check | 10/04/2024 | 5000 | Brett M Kratochvil | X | -155.76 | -155.76 |
| Transfer | 10/08/2024 | | | X | -5,000.00 | -5,155.76 |
| Bill Pmt -Check | 10/08/2024 | Transfer | Rock City Logistics | X | -3,895.00 | -9,050.76 |
| Bill Pmt -Check | 10/08/2024 | | Rock City Logistics | X | -594.50 | -9,645.26 |
| Check | 10/08/2024 | | Avaya Cloud | X | -292.09 | -9,937.35 |
| Check | 10/08/2024 | | | X | -25.00 | -9,962.35 |
| Transfer | 10/08/2024 | | | X | -10.00 | -9,972.35 |
| Check | 10/10/2024 | | | X | -5,000.00 | -14,972.35 |
| Liability Check | 10/10/2024 | E-pay | United States Treas... | X | -4,037.60 | -19,009.95 |
| Liability Check | 10/10/2024 | E-pay | United States Treas... | X | -2,484.36 | -21,494.31 |
| Check | 10/10/2024 | | Farner Sales & Distr... | X | -204.09 | -21,698.40 |
| Transfer | 10/10/2024 | | | X | -145.00 | -21,843.40 |
| Check | 10/10/2024 | | Lois Pastori | X | -144.90 | -21,988.30 |
| Liability Check | 10/10/2024 | 5001 | Brett M Kratochvil | X | -126.10 | -22,114.40 |
| Check | 10/10/2024 | | | X | -25.00 | -22,139.40 |
| Check | 10/11/2024 | | | X | -1,306.24 | -23,445.64 |
| Paycheck | 10/11/2024 | Transfer | Bila, Duane | X | -634.11 | -24,079.75 |
| Paycheck | 10/11/2024 | Transfer | Daly, Jr., Richard E | X | -615.14 | -24,694.89 |
| Paycheck | 10/11/2024 | Transfer | Ward, Tiffany A | X | -612.89 | -25,307.78 |
| Paycheck | 10/11/2024 | Transfer | Ovadek, Stephen C | X | -545.52 | -25,853.30 |
| Paycheck | 10/11/2024 | Transfer | Sanford, Tella | X | -526.88 | -26,380.18 |
| Paycheck | 10/11/2024 | Transfer | Garceau, Robert S | X | -512.47 | -26,892.65 |
| Paycheck | 10/11/2024 | Transfer | Ward, Scott J | X | -512.46 | -27,405.11 |
| Paycheck | 10/11/2024 | Transfer | Hogg, Iain | X | -492.79 | -27,897.90 |
| Paycheck | 10/11/2024 | Transfer | Taylor, Gary N | X | -478.83 | -28,376.73 |
| Paycheck | 10/11/2024 | Transfer | Robnolte, Gabriel | X | -471.28 | -28,848.01 |
| Paycheck | 10/11/2024 | Transfer | Preston, Christopher... | X | -458.51 | -29,306.52 |
| Paycheck | 10/11/2024 | Transfer | Henderson, Gary | X | -452.82 | -29,759.34 |
| Paycheck | 10/11/2024 | Transfer | Cooper, Hunter | X | -422.02 | -30,181.36 |
| Paycheck | 10/11/2024 | Transfer | Saglimbene, Emili | X | -381.37 | -30,562.73 |
| Paycheck | 10/11/2024 | Transfer | Ovadek, Michael W | X | -336.14 | -30,898.87 |
| Paycheck | 10/11/2024 | Transfer | Daly, Christopher R. | X | -322.64 | -31,221.51 |
| Paycheck | 10/11/2024 | Transfer | Saglimbene, Brooke | X | -276.27 | -31,497.78 |
| Check | 10/14/2024 | Transfer | Consumers Energy | X | -1,209.90 | -32,707.68 |
| Check | 10/14/2024 | 5003 | Sherwin-Williams | X | -516.10 | -33,223.78 |
| Check | 10/14/2024 | Transfer | Consumers Energy | X | -359.14 | -33,582.92 |
| Check | 10/14/2024 | Transfer | Consumers Energy | X | -106.54 | -33,689.46 |
| Check | 10/14/2024 | Transfer | Consumers Energy | X | -71.20 | -33,760.66 |
| Bill Pmt -Check | 10/15/2024 | ACH | Lennox International... | X | -5,276.26 | -39,036.92 |
| Liability Check | 10/15/2024 | E-pay | United States Treas... | X | -2,643.76 | -41,680.68 |
| Liability Check | 10/15/2024 | Transfer | State of Michigan | X | -2,400.89 | -44,081.57 |
| Check | 10/15/2024 | | Progressive Auto In... | X | -2,278.29 | -46,359.86 |
| Check | 10/15/2024 | | Laceup Solutions Inc | X | -870.00 | -47,229.86 |
| Check | 10/15/2024 | | Farner Sales & Distr... | X | -603.45 | -47,833.31 |
| Check | 10/15/2024 | | Rupp Pfalzgraf | X | -186.00 | -48,019.31 |
| Check | 10/15/2024 | | Lois Pastori | X | -126.90 | -48,146.21 |
| Check | 10/15/2024 | 5004 | Prudential Pest Man... | X | -70.00 | -48,216.21 |
| Liability Check | 10/15/2024 | 5002 | Brett M Kratochvil | X | -11.05 | -48,227.26 |
| Check | 10/16/2024 | | ULine | X | -1,962.58 | -50,189.84 |
| Liability Check | 10/17/2024 | | QuickBooks Payroll ... | X | -8,378.56 | -58,568.40 |
| Check | 10/17/2024 | | Badger Maps | X | -354.00 | -58,922.40 |
| Check | 10/18/2024 | | S. Dunnegan Inc | X | -9,000.00 | -67,922.40 |
| Liability Check | 10/18/2024 | Transfer | MI - Unemployment ... | X | -188.00 | -68,110.40 |
| Check | 10/18/2024 | | | X | -25.00 | -68,135.40 |
| Bill Pmt -Check | 10/21/2024 | Wire | Zenta Pets | X | -28,500.00 | -96,635.40 |
| Check | 10/21/2024 | 5018 | SHA Transportation,... | X | -1,500.00 | -98,135.40 |
| Check | 10/21/2024 | | Marilyn Martin | X | -200.00 | -98,335.40 |
| Check | 10/21/2024 | | QuickBooks - Intuit | X | -100.00 | -98,435.40 |
| Check | 10/21/2024 | | | X | -25.00 | -98,460.40 |
| Check | 10/21/2024 | | | X | -25.00 | -98,485.40 |
| Check | 10/21/2024 | | | X | -25.00 | -98,510.40 |
| Check | 10/21/2024 | | QuickBooks - Intuit | X | -0.24 | -98,510.64 |
| Bill Pmt -Check | 10/22/2024 | Wire | Torito Brands LLC | X | -42,482.74 | -140,993.38 |
| Liability Check | 10/22/2024 | E-pay | United States Treas... | X | -3,053.28 | -144,046.66 |
| Check | 10/22/2024 | | Farner Sales & Distr... | X | -852.03 | -144,898.69 |

# Cost Less Distributing Inc.
## Reconciliation Detail
### Elga-DIP, Period Ending 10/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Check | 10/22/2024 | | Lois Pastori | X | -241.56 | -145,140.25 |
| Liability Check | 10/22/2024 | E-pay | United States Treas... | X | -41.82 | -145,182.07 |
| Check | 10/22/2024 | | | X | -25.00 | -145,207.07 |
| Check | 10/22/2024 | | | X | -25.00 | -145,232.07 |
| Bill Pmt -Check | 10/23/2024 | Wire | Petmex Company | X | -22,400.00 | -167,632.07 |
| Bill Pmt -Check | 10/23/2024 | Wire | Whole Pet Chew | X | -19,604.00 | -187,236.07 |
| Check | 10/23/2024 | | Prudential Pest Man... | X | -149.00 | -187,385.07 |
| Check | 10/23/2024 | | | X | -25.00 | -187,410.07 |
| Check | 10/23/2024 | | | X | -25.00 | -187,435.07 |
| Liability Check | 10/24/2024 | | QuickBooks Payroll ... | X | -9,022.87 | -196,457.94 |
| Bill Pmt -Check | 10/29/2024 | 5005 | Unishippers - 9096 | X | -644.94 | -197,102.88 |
| Check | 10/29/2024 | 5019 | Applied Innovation | X | -190.17 | -197,293.05 |
| Transfer | 10/31/2024 | | | X | -500.00 | -197,793.05 |
| Check | 10/31/2024 | | | X | -15.57 | -197,808.62 |
| Check | 11/04/2024 | Transfer | S. Dunnegan Inc | X | -2,660.24 | -200,468.86 |
| Check | 11/04/2024 | Transfer | Lois Pastori | X | -273.96 | -200,742.82 |
| **Total Checks and Payments** | | | | | **-200,742.82** | **-200,742.82** |
| **Deposits and Credits - 79 items** | | | | | | |
| Deposit | 10/08/2024 | | | X | 12,007.49 | 12,007.49 |
| Liability Check | 10/09/2024 | 1 | United States Treas... | X | 0.00 | 12,007.49 |
| Deposit | 10/09/2024 | | | X | 5,928.83 | 17,936.32 |
| Liability Check | 10/10/2024 | E-pay | United States Treas... | X | 0.00 | 17,936.32 |
| Deposit | 10/10/2024 | | | X | 295.20 | 18,231.52 |
| Transfer | 10/10/2024 | | | X | 15,515.79 | 33,747.31 |
| Deposit | 10/11/2024 | | | X | 5.00 | 33,752.31 |
| Deposit | 10/11/2024 | | | X | 2,309.91 | 36,062.22 |
| Deposit | 10/11/2024 | | | X | 2,660.75 | 38,722.97 |
| Deposit | 10/11/2024 | | | X | 3,128.78 | 41,851.75 |
| Deposit | 10/11/2024 | | | X | 7,920.34 | 49,772.09 |
| Deposit | 10/15/2024 | | | X | 557.94 | 50,330.03 |
| Deposit | 10/15/2024 | | | X | 4,913.03 | 55,243.06 |
| Transfer | 10/16/2024 | | | X | 36.60 | 55,279.66 |
| Deposit | 10/17/2024 | | | X | 617.23 | 55,896.89 |
| Deposit | 10/17/2024 | | | X | 685.38 | 56,582.27 |
| Deposit | 10/17/2024 | | | X | 8,199.92 | 64,782.19 |
| Deposit | 10/17/2024 | | | X | 36,120.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4016 | Taylor, Gary N | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4004 | Daly, Jr., Richard E | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4005 | Garceau, Robert S | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4008 | McNally, Kristi | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4006 | Henderson, Gary | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4007 | Hogg, Iain | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4017 | Ward, Scott J | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4015 | Sanford, Tella | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4010 | Ovadek, Stephen C | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4014 | Saglimbene, Emili | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4012 | Robnolte, Gabriel | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4011 | Preston, Christopher... | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4018 | Ward, Tiffany A | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4003 | Daly, Christopher R. | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4013 | Saglimbene, Brooke | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4009 | Ovadek, Michael W | X | 0.00 | 100,902.19 |
| Paycheck | 10/18/2024 | DD4002 | Bila, Duane | X | 0.00 | 100,902.19 |
| Deposit | 10/18/2024 | | | X | 2,287.16 | 103,189.35 |
| Deposit | 10/18/2024 | | | X | 199,320.13 | 302,509.48 |
| Deposit | 10/21/2024 | | QuickBooks - Intuit | X | 0.11 | 302,509.59 |
| Deposit | 10/21/2024 | | QuickBooks - Intuit | X | 0.13 | 302,509.72 |
| Deposit | 10/21/2024 | | | X | 378.55 | 302,888.27 |
| Deposit | 10/21/2024 | | | X | 2,082.05 | 304,970.32 |
| Deposit | 10/21/2024 | | | X | 4,137.30 | 309,107.62 |
| Deposit | 10/22/2024 | | | X | 6,661.28 | 315,768.90 |
| Deposit | 10/23/2024 | | | X | 613.30 | 316,382.20 |
| Deposit | 10/23/2024 | | | X | 839.64 | 317,221.84 |
| Deposit | 10/23/2024 | | | X | 1,451.44 | 318,673.28 |
| Deposit | 10/23/2024 | | | X | 5,556.10 | 324,229.38 |
| Paycheck | 10/24/2024 | DD4019 | Bila, Duane | X | 0.00 | 324,229.38 |
| Deposit | 10/24/2024 | | | X | 831.43 | 325,060.81 |

# Cost Less Distributing Inc.
## Reconciliation Detail
### Elga-DIP, Period Ending 10/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Deposit | 10/24/2024 | | | X | 2,235.76 | 327,296.57 |
| Deposit | 10/24/2024 | | | X | 2,568.79 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4028 | Preston, Christopher... | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4021 | Daly, Christopher R. | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4026 | Ovadek, Michael W | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4022 | Daly, Jr., Richard E | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4033 | Ward, Tiffany A | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4023 | Garceau, Robert S | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4032 | Ward, Scott J | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4024 | Henderson, Gary | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4031 | Taylor, Gary N | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4025 | Hogg, Iain | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4030 | Sanford, Tella | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4027 | Ovadek, Stephen C | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4020 | Bila, Duane | X | 0.00 | 329,865.36 |
| Paycheck | 10/25/2024 | DD4029 | Robnolte, Gabriel | X | 0.00 | 329,865.36 |
| Deposit | 10/25/2024 | | | X | 477.23 | 330,342.59 |
| Deposit | 10/25/2024 | | | X | 688.22 | 331,030.81 |
| Deposit | 10/25/2024 | | | X | 1,387.66 | 332,418.47 |
| Deposit | 10/25/2024 | | | X | 2,629.04 | 335,047.51 |
| Deposit | 10/25/2024 | | | X | 2,849.08 | 337,896.59 |
| Deposit | 10/25/2024 | | | X | 3,937.69 | 341,834.28 |
| Deposit | 10/25/2024 | | | X | 6,567.48 | 348,401.76 |
| Deposit | 10/28/2024 | | | X | 389.54 | 348,791.30 |
| Deposit | 10/28/2024 | | | X | 1,992.61 | 350,783.91 |
| Deposit | 10/28/2024 | | | X | 8,466.54 | 359,250.45 |
| Deposit | 10/29/2024 | | | X | 1,290.80 | 360,541.25 |
| Deposit | 10/30/2024 | | | X | 1,004.54 | 361,545.79 |
| Transfer | 10/31/2024 | | | X | 7.58 | 361,553.37 |
| Deposit | 10/31/2024 | | | X | 433.04 | 361,986.41 |
| Total Deposits and Credits | | | | | 361,986.41 | 361,986.41 |
| Total Cleared Transactions | | | | | 161,243.59 | 161,243.59 |
| Cleared Balance | | | | | 161,243.59 | 161,243.59 |

**Uncleared Transactions**
**Checks and Payments - 5 items**

| Type | Date | Num | Name | | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Check | 09/19/2024 | 5058 | Health Alliance Plan | | -3,501.54 | -3,501.54 |
| Liability Check | 10/22/2024 | Transfer | MI - Unemployment ... | | -0.37 | -3,501.91 |
| Liability Check | 10/31/2024 | E-pay | United States Treas... | | -2,583.34 | -6,085.25 |
| Check | 10/31/2024 | | Verizon Wireless | | -994.97 | -7,080.22 |
| Check | 10/31/2024 | Transfer | Farner Sales & Distr... | | -515.59 | -7,595.81 |
| Total Checks and Payments | | | | | -7,595.81 | -7,595.81 |

**Deposits and Credits - 1 item**

| Type | Date | Num | Name | | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Liability Check | 10/23/2024 | | QuickBooks Payroll ... | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -7,595.81 | -7,595.81 |
| Register Balance as of 10/31/2024 | | | | | 153,647.78 | 153,647.78 |

**New Transactions**
**Checks and Payments - 27 items**

| Type | Date | Num | Name | | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Bill Pmt -Check | 11/01/2024 | Wire | Whole Pet Chew | | -43,049.00 | -43,049.00 |
| Check | 11/01/2024 | 5066 | Health Alliance Plan | | -3,960.96 | -47,009.96 |
| Paycheck | 11/01/2024 | 5027 | Ovadek, Michael W | | -765.74 | -47,775.70 |
| Paycheck | 11/01/2024 | 5036 | Ward, Tiffany A | | -762.27 | -48,537.97 |
| Paycheck | 11/01/2024 | 5021 | Bila, Duane | | -700.74 | -49,238.71 |
| Check | 11/01/2024 | 5059 | Pfaff & Associates | | -650.00 | -49,888.71 |
| Paycheck | 11/01/2024 | 5032 | Taylor, Gary N | | -625.96 | -50,514.67 |
| Paycheck | 11/01/2024 | 5026 | Hogg, Iain | | -615.25 | -51,129.92 |
| Paycheck | 11/01/2024 | 5030 | Robnolte, Gabriel | | -587.89 | -51,717.81 |
| Paycheck | 11/01/2024 | 5031 | Sanford, Tella | | -580.13 | -52,297.94 |
| Paycheck | 11/01/2024 | 5028 | Ovadek, Stephen C | | -576.41 | -52,874.35 |
| Paycheck | 11/01/2024 | 5025 | Henderson, Gary | | -556.34 | -53,430.69 |

Cost Less Distributing Inc.
## Reconciliation Detail
Elga-DIP, Period Ending 10/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Paycheck | 11/01/2024 | 5024 | Garceau, Robert S | | -535.91 | -53,966.60 |
| Paycheck | 11/01/2024 | 5023 | Daly, Jr., Richard E | | -524.52 | -54,491.12 |
| Paycheck | 11/01/2024 | 5029 | Preston, Christopher... | | -518.61 | -55,009.73 |
| Paycheck | 11/01/2024 | 5033 | Ward, Scott J | | -503.31 | -55,513.04 |
| Paycheck | 11/01/2024 | 5022 | Daly, Christopher R. | | -282.70 | -55,795.74 |
| Check | 11/01/2024 | 5057 | C & D Maintenance | | -120.00 | -55,915.74 |
| Bill Pmt -Check | 11/05/2024 | 5020 | Unishippers - 9096 | | -829.26 | -56,745.00 |
| Bill Pmt -Check | 11/07/2024 | 5060 | Unishippers - 9096 | | -947.27 | -57,692.27 |
| Bill Pmt -Check | 11/08/2024 | 5061 | Unishippers - 9096 | | -2,308.53 | -60,000.80 |
| Check | 11/08/2024 | | State Automobile M... | | -1,756.25 | -61,757.05 |
| Check | 11/14/2024 | Transfer | Republic Services | | -1,611.27 | -63,368.32 |
| Bill Pmt -Check | 11/14/2024 | 5062 | Unishippers - 9096 | | -664.05 | -64,032.37 |
| Bill Pmt -Check | 11/15/2024 | 5065 | Unishippers - 9096 | | -2,542.56 | -66,574.93 |
| Check | 11/15/2024 | 5064 | City of Burton | | -136.56 | -66,711.49 |
| Check | 11/15/2024 | 5063 | City of Burton | | -29.84 | -66,741.33 |
| | Total Checks and Payments | | | | -66,741.33 | -66,741.33 |
| | Total New Transactions | | | | -66,741.33 | -66,741.33 |
| **Ending Balance** | | | | | **86,906.45** | **86,906.45** |

MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: 10/7/24 - 10/31/24

Case No: 24-31912-jda

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Matthew Ovadek

Capacity:
- X Shareholder
- X Officer
- ___ Director
- ___ Insider

Detailed Description of Duties: General Manager/Day to day operations

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | $1,146.59 |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | $75.00 |
| Total Benefits | | | $1,221.59 |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $1,221.59 |

Dated: 11/18/24

_____
Principal, Officer, Director, or Insider

*Form 6*

MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: 10-31-21

Case No: 24-31912-jda

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Timothy Green

Capacity:
- X Shareholder
- X Officer
- ___ Director
- ___ Insider

Detailed Description of Duties: Day to Day operations

| | | |
|---|---|---|
| **Current Compensation Paid:** | Weekly | or Monthly |
| **Current Benefits Paid:** | Weekly | or Monthly |
| Health Insurance | | |
| Life Insurance | | |
| Retirement | | |
| Company Vehicle | | |
| Entertainment | | |
| Travel | | |
| Other Benefits CQn phone | | 75.00 |
| Total Benefits | | |
| **Current Other Payments Paid:** | Weekly | or Monthly |
| Rent Paid | | |
| Loans | | |
| Other (Describe) | | |
| Other (Describe) | | |
| Other (Describe) | | |
| Total Other Payments | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or Monthly 75.00 |

Dated: 11-11-24

_____ President
Principal, Officer, Director, or Insider

*Form 6*

# SCHEDULE OF IN-FORCE INSURANCE

Period Ending: 10/7/24 - 10/31/24

Case No: 24-31912-jda

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | State Auto | 8/1/25 |
| General Business Policy | State Auto | 3/8/25 |

*Form 7*



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 11.18.2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: KELLY REYNOLDS AUCKLAND |
|---|---|
| HIGH FAVOR INSURANCE AGENCY LLC | PHONE (A/C, No, Ext): 248.765.8675 / FAX (A/C, No): |
| 32844 WOODWARD AVE | E-MAIL ADDRESS: KELLY@HIGHFAVORINSURANCE.COM |
| ROYAL OAK MI. 4848073 | |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: STATE AUTO | 251270175 |
| INSURER B: PROGRESSIVE† | 10187 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
DIP#24#31912
COST LESS DISTRIBUTING, INC
3302 ASSOCIATES DR
BURTON MI. 48529

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS-MADE ☒ OCCUR | | | 10063322 CB | 03.08.2024 | 03.08.2025 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $5000 |
| | | | | | | | PERSONAL & ADV INJURY | $INCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☒ POLICY ☐ PROJECT ☐ LOC OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| B | AUTOMOBILE LIABILITY ☒ ANY AUTO ☐ OWNED AUTOS ONLY ☐ HIRED AUTOS ONLY ☐ SCHEDULED AUTOS ☐ NON-OWNED AUTOS ONLY | | | 982116434 | 06.04.2024 | 06.04.2025 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $1,000,000 |
| | | | | | | | | $ |
| A | ☒ UMBRELLA LIAB ☒ OCCUR ☐ EXCESS LIAB ☐ CLAIMS-MADE DED ☐ RETENTION $ | | X | 10082435CU | 03.08.2024 | 03.08.2025 | EACH OCCURRENCE | $4,000,000 |
| | | | | | | | AGGREGATE | $4,000,000 |
| | | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N y | N/A | 10142959WC | 08.01.2024 | 08.01.2025 | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| † DIP#24#31912 chapter†11†bankruptcy†protection | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE Ryan Snader |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD