TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: 11/30/24

In re:                                          Case Number:  24-31912-jda

COST LESS DISTRIBUTING, INC.,                   Chapter 11

        Debtor.                                 Hon. Joel D. Applebaum
_____/

As debtor in possession, I affirm:

1.      That I have reviewed the financial statements attached hereto, consisting of:

        _____  Operating Statement          (Form 2)

        _____  Balance Sheet                (Form 3)

        _____  Summary of Operations        (Form 4)

        _____  Monthly Cash Statement       (Form 5)

        _____  Statement of Compensation    (Form 6)

        _____  Schedule of In-Force Insurance (Form 7)

        and that they have been prepared in accordance with normal and customary accounting practices,
        and fairly and accurately reflect the debtor's financial activity for the period stated;

2.      That the insurance, including workers' compensation and unemployment insurance, as described
        in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in
        effect; and, (If not, attach a written explanation)        YES ✓_____        NO_____

3.      That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting
        Requirements For Chapter 11 cases are current.
        (If not, attach a written explanation)                     YES ✓_____        NO_____

4.      No professional fees (attorney, accountant, etc.) have been paid without specific court
        authorization.  (If not, attach a written explanation)     YES_____        NO ✓

5.      All United States Trustee Quarterly fees have been paid and are current.
                                                                   YES ✓_____        NO_____

6.      Have you filed your pre-petition tax returns.
        (If not, attach a written explanation)                     YES ✓_____        NO_____

        I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

Dated: 12/19/2024                       _____
                                        Debtor in Possession

                                        VP                          810-625-9528
                                        _____            _____
                                        Title                       Phone

                                                                    Form 1

Case No: 24-31912-jda

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | $483,905.84 | $842,853.55 |
| Cost of Sales | $261,153.59 | $461,622.62 |
| GROSS PROFIT | $222,752.25 | $381,230.93 |
| EXPENSES: | | |
| Officer Compensation | $6,000.00 | $6,000.00 |
| Salary Expenses other Employees | $75,820.45 | $122,872.69 |
| Employee Benefits & Pensions | $2,718.26 | $2,718.26 |
| Payroll Taxes | $5,310.54 | $20,154.70 |
| Other Taxes | $1,575.96 | $1,575.96 |
| Rent and Lease Expense | 0 | 0 |
| Interest Expense | 0 | 0 |
| Insurance | $5,491.37 | $8,440.66 |
| Automobile and Truck Expense | $2,374.72 | $5,285.19 |
| Utilities (gas, electric, phone) | $3,714.68 | $7,801.75 |
| Depreciation | 0 | 0 |
| Travel and Entertainment | $274.60 | $274.60 |
| Repairs and Maintenance | $2112.27 | $3,047.37 |
| Advertising | $14,236.44 | $14,749.80 |
| Supplies, Office Expense, etc. | $35,020.25 | $35,422.11 |
| Other Specify | $3,221.80 | $14,879.49 |
| Other Specify | $60,669.47 | $62,546.21 |
| TOTAL EXPENSES: | $218,540.81 | $305,768.79 |
| NET OPERATING PROFIT/(LOSS) | $4,211.44 | $75,462.14 |
| Add: Non-Operating Income: Interest Income Other Income | | |
| Less: Non-Operating Expenses: Professional Fees Other | | |
| NET INCOME/(LOSS) | $4,211.44 | $75,462.14 |

*Form 2*

# BALANCE SHEET

Period Ending: 11/30/24

Case No: 24-31912-jda

| ASSETS: | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | $9,973.13 | $161,243.59 | |
| Inventory: | $284,849.93 | $292,348.15 | |
| Accounts Receivables: | $180,482.00 | $223,809.20 | |
| Insider Receivables | | | |
| Land and Buildings: | $500,600.00 | $500,600.00 | |
| Furniture, Fixtures & Equip: | $398,327.00 | $398,327.00 | |
| Accumulated Depreciation: | ($26,963.00) | ($26,963.00) | |
| Other: | | | |
| Other: | | | |
| TOTAL ASSETS: | $1,437,009.04 | $1,549,364.94 | |

| LIABILITIES: | | | |
|---|---|---|---|
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |
| | | | |
| Secured Liabilities: | | | |
| Subject to Post-petition | $376,292.84 | $376,292.84 | |
| Collateral or Financing Order | $1,164,016.86 | $1,164,016.86 | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | $1,540,309.70 | $1,540,309.70 | |
| | | | |
| Pre-petition Liabilities: | | | |
| Taxes & Other Priority Liabilities | $12,372.69 | | |
| Unsecured Liabilities: | $1,243,547.73 | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | $1,255,920.42 | | |
| | | | |
| Equity: | | | |
| Owners Capital: | $1,000.00 | $1,000.00 | |
| Retained Earnings-Pre Petition. | ($1,360,221.08) | ($1,247,864.58) | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| TOTAL Equity: | $1,437,009.04 | $1,549,964.94 | |
| | | | |
| TOTAL LIABILITIES | $4,157,451.12 | $4,045,094.10 | |
| | | | |
| /AND EQUITY | ($2,720,442.08) | ($2,495,729.16) | |

*Form 3*

Period Ended: 11/30/24

Case No: 24-31912-jda

### Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | $6,596.00 | $6,596.00 | 0 |
| State: | $1,339.27 | $2,725.78 | $1,339.27 | $2,725.78 |
| Local: | | | | |
| **FICA Withheld:** | | $4,153.22 | $4,153.22 | 0 |
| **Employers FICA:** | | $4,153.22 | $4,153.22 | 0 |
| **Unemployment Tax:** | | | | |
| Federal: | $6.47 | $36.00 | $6.47 | $36.00 |
| State: | $26.96 | $150.00 | $26.95 | $150.00 |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | $11,000.00 | | 0 | $11,000.00 |
| **Workers' Compensation** | | | | |
| **Other:** | | $971.32 | $971.32 | 0 |
| **TOTALS:** | | | | |

## AGING OF ACCOUNTS RECEIVABLE
## AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days<br>Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | | | |
| Accounts Receivable | $178,751.34 | $1,730.66 | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____

_____

_____

_____

*Form 4*

Period Ending:_____

Cash Activity Analysis (Cash Basis Only):                    Case No: 24-31912-jda

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | $161,243.59 | | | | |
| B. Receipts (Attach separate schedule) | $775,034.06 | | | | |
| C. Balance Available (A + B) | | | | | |
| D. Less Disbursements (Attach separate schedule) | $836,564.54 | | | | |
| E. ENDING BALANCE (C - D) | $99,713.11 | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

    1.  Depository Name & Location  Huntington Bank - Court St Burton

    2.  Account Number    01383421525

Payroll Account:

    1.  Depository Name & Location  Elga Credit Union - Hill Rd Grand Blanc

    2.  Account Number    6391221

Tax Account:

    1.  Depository Name & Location  _____

    2.  Account Number    _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

_____

Date: _____

                                  _____
                                  Debtor in Possession

*Form 5*

[illegible]
PO BOX 1558 EA1W07
COLUMBUS OH 43216-1558

COST LESS DISTRIBUTING INC
4381 DAVISON RD
BURTON MI 48509-1452

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington Unlimited Plus Checking

Account: _____1525

| Statement Activity From: 11/02/24 to 11/30/24 | | |
|---|---|---|
| Days in Statement Period | 29 | |
| Average Ledger Balance^ | 76,871.82 | |
| Average Collected Balance^ | 71,459.65 | |

^ The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| Beginning Balance | $0.00 |
| Credits (+) | 455,639.05 |
| Regular Deposits | 118,331.29 |
| Electronic Deposits | 46,837.19 |
| Wire Transfer Credits | 290,468.81 |
| Interest Earned | 1.76 |
| Debits (-) | 360,645.55 |
| Regular Checks Paid | 36,828.37 |
| Electronic Withdrawals | 57,875.81 |
| Wire Transfer Debits | 242,348.25 |
| Other Debits | 23,593.12 |
| Total Service Charges (-) | 0.00 |
| Ending Balance | $94,993.50 |

Average Percentage Yield Earned this period 0.029%

## Deposits (+)

Account: _____1525

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 11/01 | 2,427.24 | | Brch/ATM | 11/19 | 6,469.50 | | Brch/ATM |
| 11/06 | 251.46 | 347681942 | Remote | 11/19 | 2,292.14 | 348757997 | Remote |
| 11/06 | 169.81 | 347681711 | Remote | 11/21 | 10,138.54 | | Brch/ATM |
| 11/12 | 990.00 | 348103156 | Remote | 11/25 | 1,000.00 | 349241377 | Remote |
| 11/12 | 487.49 | 348103298 | Remote | 11/25 | 455.40 | 349253891 | Remote |
| 11/13 | 9,265.39 | | Brch/ATM | 11/26 | 69,901.44 | | Brch/ATM |
| 11/15 | 7,799.53 | | Brch/ATM | 11/27 | 6,683.35 | | Brch/ATM |

## Other Credits (+)

Account: _____1525

| Date | Amount | Description |
|---|---|---|
| 11/13 | 244,256.31 | INCOMING FEDWIRE TRANSFER |
| 11/13 | 2,764.61 | MERCHANT SVCS IPSMXASETL 111224 403903000109032 |
| 11/14 | 1,123.58 | MERCHANT SVCS IPSMXASETL 111224 403903000109032 |
| 11/14 | 259.20 | LION IMPORTS USA LION USA 241114 INV 12451 INV 12469 |
| 11/14 | 0.52 | BANK OF AMERICA ACCTVERIFY 241114 754627424 |
| 11/14 | 0.21 | BANK OF AMERICA ACCTVERIFY 241114 754627426 |
| 11/18 | 4,801.00 | INCOMING FEDWIRE TRANSFER |
| 11/18 | 666.16 | MERCHANT SVCS IPSMXASETL 111524 403903000109032 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬥®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ®2024 Huntington Bancshares Incorporated.

## Other Credits (+)

| Date | Amount | Description |
|------|--------|-------------|
| 11/19 | 3,064.36 | MERCHANT SVCS IPSMXASETL 111824 403903000109032 |
| 11/19 | 622.01 | LION IMPORTS USA LION USA 241119 INV 12485 |
| 11/20 | 209.98 | MERCHANT SVCS IPSMXASETL 111924 403903000109032 |
| 11/21 | 35,979.50 | INCOMING FEDWIRE TRANSFER |
| 11/21 | 3,287.31 | MERCHANT SVCS IPSMXASETL 112024 403903000109032 |
| 11/22 | 969.08 | MERCHANT SVCS IPSMXASETL 112124 403903000109032 |
| 11/25 | 5,432.00 | INCOMING FEDWIRE TRANSFER |
| 11/25 | 3,760.62 | Frontier Distrib FDI Paymen Nov 25 700051 |
| 11/25 | 3,445.76 | MERCHANT SVCS IPSMXASETL 112224 403903000109032 |
| 11/27 | 19,865.94 | MERCHANT SVCS IPSMXASETL 112624 403903000109032 |
| 11/27 | 4,109.11 | PETPROS4346 ePay |
| 11/27 | 2,158.75 | LION IMPORTS USA LION USA 241127 INV 12548 |
| 11/29 | 300.00 | MERCHANT SVCS IPSMXASETL 112724 403903000109032 |
| 11/29 | 229.99 | Chillbox Vendor VENDPMT 241129 2798 |
| 11/29 | 1.76 | INTEREST PAYMENT |

## Checks (-)

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 11/20 | 80.75 | 6012 | 11/26 | 422.97 | 6021 |
| 11/18 | 122.57 | 6013 | 11/19 | 1,928.99 | 6023* |
| 11/25 | 1,246.21 | 6014 | 11/21 | 102.00 | 6024 |
| 11/19 | 1,709.80 | 6015 | 11/29 | 3,960.96 | 6025 |
| 11/19 | 1,650.00 | 6016 | 11/25 | 1,962.43 | 6026 |
| 11/19 | 862.50 | 6017 | 11/25 | 209.59 | 6028* |
| 11/19 | 2,979.21 | 6018 | 11/25 | 9,123.97 | 6029 |
| 11/19 | 2,454.38 | 6019 | 11/27 | 1,600.00 | 6033* |
| 11/19 | 6,412.04 | 6020 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

| Date | Amount | Description |
|------|--------|-------------|
| 11/13 | 79.00 | PURCHASE PRUDENTIAL PEST MGT  PRUDENTIAL PEST MGT DAVISON MI XXXXXXXXXXXX9454 |
| 11/13 | 125.46 | Zelle Transaction 202411131207 H50233208796  Money Sent to 18107281216 Payment ID H50233208796 |
| 11/13 | 1,181.10 | Zelle Transaction 202411131208 H50233208902  Money Sent to MAX FARNER Payment ID H50233208902 |
| 11/14 | 2,553.19 | Zelle Transaction 202411141244 H50233308683  Money Sent to STEVEN DUNNEGAN Payment ID H50233308683 |
| 11/14 | 31,248.00 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 11/14 | 0.73 | BANK OF AMERICA ACCTVERIFY 241114 754627428 |

| Date | Amount | Description |
|---|---|---|
| 11/14 | 10,134.64 | INTUIT PAYROLL S QUICKBOOKS 241114 852097112 |
| 11/15 | 4,138.67 | PURCHASE LOVING PETS LOVING PETS 6098553700 NJ XXXXXXXXXXXX9454 |
| 11/15 | 870.00 | PURCHASE IN *LACEUP SOLUTIONS I IN *LACEUP SOLUTIONS I 786-4374380 FL XXXXXXXXXXXX9462 |
| 11/15 | 3,166.20 | IRS USATAXPYMT 111524 225472050382055 |
| 11/18 | 262.88 | PURCHASE AMZN MKTP US*5V16S0XJ3 AMZN MKTP US*5V16S0XJ3 AMZN.COM/BILL WA XXXXXXXXXXXX9462 |
| 11/18 | 5,644.40 | PURCHASE FLINT PACKAGING DIVISI FLINT PACKAGING DIVISI BURTON MI XXXXXXXXXXXX9462 |
| 11/18 | 57.00 | PURCHASE METRO AIRPORT PARKING METRO AIRPORT PARKING DETROIT MI XXXXXXXXXXXX9462 |
| 11/18 | 2,322.63 | PURCHASE ULINE *SHIP SUPPLIES ULINE *SHIP SUPPLIES 800-295-5510 WI XXXXXXXXXXXX9462 |
| 11/19 | 273.96 | Zelle Transaction 202411191421 H50233742010 Money Sent to LOIS PASTORI Payment ID H50233742010 |
| 11/19 | 200.52 | Zelle Transaction 202411191422 H50233742097 Money Sent to 19167495606 Payment ID H50233742097 |
| 11/19 | 2,187.82 | Zelle Transaction 202411191618 H50233751241 Money Sent to S DUNNEGAN, INC. Payment ID H50233751241 |
| 11/19 | 71,233.20 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 11/20 | 41.57 | PURCHASE CIRCLE K 00120 410 CIRCLE K 00120 410 EVANSVILLE IN XXXXXXXXXXXX9462 |
| 11/20 | 60.48 | PURCHASE LASSUS #43 LASSUS #43 FORT WAYNE IN XXXXXXXXXXXX9462 |
| 11/20 | 1,961.89 | SOM MITREASBUS 241119 9786907 |
| 11/21 | 27.25 | PURCHASE ORACL*WAFFLE HOUSE 185 ORACL*WAFFLE HOUSE 185 DALEVILLE IN XXXXXXXXXXXX9462 |
| 11/21 | 118,307.35 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 11/21 | 326.00 | CONNECTED TELCOM SALE 241121 |
| 11/21 | 781.12 | CAPITAL ONE AUTO CARPAY CP0D77757763B5D |
| 11/21 | 3,515.58 | IRS USATAXPYMT 112124 225472644907473 |
| 11/21 | 10,889.10 | INTUIT PAYROLL S QUICKBOOKS 241121 852097112 |
| 11/22 | 63.55 | PURCHASE SHELL OIL 513205800QPS SHELL OIL 513205800QPS DALEVILLE IN XXXXXXXXXXXX9462 |
| 11/22 | 28.18 | PURCHASE SKYLINE CHILI GREENWOO SKYLINE CHILI GREENWOO INDIANAPOLIS IN XXXXXXXXXXXX9462 |
| 11/22 | 681.45 | PURCHASE ULINE *SHIP SUPPLIES ULINE *SHIP SUPPLIES 800-295-5510 WI XXXXXXXXXXXX9462 |
| 11/22 | 257.91 | CONSUMERS ENERGY ENERGYBILL 241121 103050440595 |
| 11/22 | 1,246.21 | PROG MICHIGAN INS PREM 241121 POL 982116434 |
| 11/22 | 1,756.25 | State Auto Inbou debitpmt 241121 #407699686 |
| 11/25 | 3,100.50 | PURCHASE FISHBOWL INVENTORY FISHBOWL INVENTORY OREM UT XXXXXXXXXXXX9462 |
| 11/25 | 253.00 | PURCHASE PRIORITY1 INC PRIORITY1 INC LITTLE ROCK AR XXXXXXXXXXXX9462 |
| 11/25 | 376.00 | PURCHASE PRIORITY1 INC PRIORITY1 INC LITTLE ROCK AR XXXXXXXXXXXX9462 |
| 11/25 | 392.00 | PURCHASE PRIORITY1 INC PRIORITY1 INC LITTLE ROCK AR XXXXXXXXXXXX9462 |
| 11/25 | 259.00 | PURCHASE PRIORITY1 INC PRIORITY1 INC LITTLE ROCK AR XXXXXXXXXXXX9462 |
| 11/25 | 363.06 | Zelle Transaction 202411252148 H50234272632 Money Sent to LOIS PASTORI Payment ID H50234272632 |
| 11/25 | 554.43 | Zelle Transaction 202411252230 H50234276791 Money Sent to MAX FARNER Payment ID H50234276791 |
| 11/25 | 2,000.00 | Zelle Transaction 202411252230 H50234276857 Money Sent to S DUNNEGAN, INC. Payment ID H50234276857 |
| 11/25 | 21,559.70 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 11/25 | 1,851.35 | INTUIT * QuickBooks 241123 1058020 |
| 11/26 | 3,111.30 | PURCHASE ULINE *SHIP SUPPLIES ULINE *SHIP SUPPLIES 800-295-5510 WI XXXXXXXXXXXX9462 |

## Other Debits (-)

| Date | Amount | Description |
|------|--------|-------------|
| 11/26 | 655.71 | Zelle Transaction 20241126152311502343197441  Money Sent to S DUNNEGAN, INC. Payment ID I150234319741 |
| 11/26 | 106.03 | CONSUMERS ENERGY ENERGYBILL  241125 103038638427 |
| 11/27 | 495.00 | PURCHASE REGISTRAR CORP  REGISTRAR CORP 7572240177 VA XXXXXXXXXXXX9462 |
| 11/27 | 11,697.50 | INTUIT PAYROLL S QUICKBOOKS  241127 852097112 |
| 11/29 | 329.26 | PURCHASE NAGEL SHIPPERS  NAGEL SHIPPERS 989-7533550 MI XXXXXXXXXXXX9462 |
| 11/29 | 1,000.00 | RETURNED DEPOSIT ITEM |
| 11/29 | 90.00 | CONNECTED TELCOM SALE  241129 |

## Service Charge Summary

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 2,427.24 | 11/15 | 216,298.36 | 11/22 | 44,369.40 |
| 11/06 | 2,848.51 | 11/18 | 215,678.67 | 11/25 | 15,211.94 |
| 11/12 | 4,326.00 | 11/19 | 133,911.63 | 11/26 | 80,817.32 |
| 11/13 | 259,226.75 | 11/20 | 131,976.92 | 11/27 | 99,841.97 |
| 11/14 | 216,673.70 | 11/21 | 47,433.87 | 11/29 | 94,993.50 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



CREDIT UNION

[address lines illegible]
(810) 715-3542
(800) 882-6457
www.ELGACU.com

TEMP-RETURN SERVICE REQUESTED

COST LESS DISTRIBUTING INC DIP 24 31912
TIMOTHY R GREEN
4381 DAVISON RD
BURTON MI 48509-1452



LEADING THE WAY

Donate today at
www.ELGACU.com/Foundation!

GIVING TUESDAY ELGA CREDIT UNION

## ACCOUNT SUMMARY

| Shares | Beginning Balance | Total Withdrawals | Total Deposits | Ending Balance |
|---|---|---|---|---|
| 0001 BUSINESS MEMBERSHIP SHARE | 5.00 | 0.00 | 0.00 | 5.00 |
| 0050 BUSINESS CHECKING PLUS | 161,243.59 | -475,918.99 | 319,395.01 | 4,719.61 |

## ID 0001 - BUSINESS MEMBERSHIP SHARE — Dividends Paid YTD: 0.00

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 11/01/2024 | Balance Forward | | | 5.00 |
| 11/30/2024 | Ending Balance | | | 5.00 |

## ID 0050 - BUSINESS CHECKING PLUS — Dividends Paid YTD: 15.70

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 11/01/2024 | Balance Forward | | | 161,243.59 |
| 11/01/2024 | Withdrawal Transfer To FARNER, JAMIE K XXXXXXXXXX Share 0050 | -515.59 | | 160,728.00 |
| 11/01/2024 | Withdrawal WIRE FEE | -25.00 | | 160,703.00 |
| 11/01/2024 | Withdrawal WIRE FEE | -25.00 | | 160,678.00 |
| 11/01/2024 | Withdrawal Wire 0000050863 | -39,541.99 | | 121,136.01 |
| 11/01/2024 | Withdrawal Wire 0000050864 | -43,049.00 | | 78,087.01 |
| 11/01/2024 | Deposit by Check | | 7,955.86 | 86,042.87 |
| 11/01/2024 | Deposit ACH MERCHANT SVCS TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | 4,543.48 | 90,586.35 |
| 11/01/2024 | Deposit ACH Brutus & Barnaby TYPE: 5 Bills ID: 1294287528 CO: Brutus & Barnaby | | 28,882.20 | 119,468.55 |
| 11/01/2024 | Deposit ACH Brutus & Barnaby | | 37,668.00 | 157,136.55 |



Happy Holidays

We're closed Tuesday, December 24
and Wednesday, December 25!


**ID 0050 BUSINESS CHECKING PLUS (Continued)**

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------|---------|---------|
| | TYPE: 12361 ID: 1289133000 CO: Brutus & Barnaby | | | |
| 11/02/2024 | Draft 5031 | -580.13 | | 156,556.42 |
| | OnUs Draft | | | |
| 11/03/2024 | Withdrawal Debit Card VISA INSTANT | -1,611.27 | | 154,945.15 |
| | REPUBLIC SERVICES TRAS 866-576-5548 AZ | | | |
| 11/03/2024 | Withdrawal Debit Card VISA INSTANT | -6,768.68 | | 148,176.47 |
| | THE LENNOX INTL 732-243-9960 NJ | | | |
| 11/03/2024 | Withdrawal Debit Card VISA INSTANT | -1,977.50 | | 146,198.97 |
| | ULINE *SHIP SUPPLIES 800-295-5510 WI | | | |
| 11/03/2024 | Withdrawal Transfer | -200.00 | | 145,998.97 |
| | To MARTIN,MARILYN M XXXXXXXXXX Share 0050 Home Banking[15881611] | | | |
| 11/04/2024 | Deposit ACH MERCHANT SVCS | | 2,369.83 | 148,368.80 |
| | TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | | |
| 11/04/2024 | Withdrawal ACH COSTLESSDISTRIBU | -12.99 | | 148,355.81 |
| | TYPE: NET SETTLE ID: 3383693141 DATA: NET SETTLE CO: COSTLESSDISTRIBU | | | |
| 11/04/2024 | Withdrawal ACH ACHMA VISB | -994.97 | | 147,360.84 |
| | TYPE: BILL PYMNT ID: 0000751800 DATA: 800-922-0204 CO: ACHMA VISB NAME: TIMOTHY *GREEN | | | |
| 11/04/2024 | Withdrawal ACH IRS | -2,583.34 | | 144,777.50 |
| | TYPE: USATAXPYMT ID: 3387702000 CO: IRS | | | |
| 11/04/2024 | Draft 5021 | -700.74 | | 144,076.76 |
| 11/04/2024 | Draft 5022 | -282.70 | | 143,794.06 |
| 11/04/2024 | Draft 5026 | -615.25 | | 143,178.81 |
| 11/04/2024 | Draft 5027 | -765.74 | | 142,413.07 |
| 11/04/2024 | Draft 5029 | -518.61 | | 141,894.46 |
| 11/04/2024 | Draft 5030 | -587.89 | | 141,306.57 |
| 11/04/2024 | Draft 5032 | -625.96 | | 140,680.61 |
| 11/05/2024 | Deposit ACH COSTLESSDISTRIBU | | 2,043.78 | 142,724.39 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT CO: COSTLESSDISTRIBU | | | |
| 11/05/2024 | Withdrawal ACH GATEWAY FEES | -16.40 | | 142,707.99 |
| | TYPE: PURCHASE ID: 4460522024 DATA: 630-526-8670 CO: GATEWAY FEES | | | |
| 11/05/2024 | Recurring Withdrawal Bill Payment #988389 | -292.09 | | 142,415.90 |
| | AVAYACLOUD-RINGCENTRAL. 888-898-4591 CA | | | |
| 11/05/2024 | Withdrawal ACH STEVE DUNNEGAN | -2,000.00 | | 140,415.90 |
| | TYPE: BusBillPay ID: 9081294366 CO: STEVE DUNNEGAN | | | |
| 11/05/2024 | Deposit ACH MERCHANT SVCS | | 1,221.11 | 141,637.01 |
| | TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | | |
| 11/05/2024 | Deposit by Check | | 3,165.89 | 144,802.90 |
| 11/05/2024 | Draft 5024 | -535.91 | | 144,266.99 |
| 11/05/2024 | Draft 5025 | -556.34 | | 143,710.65 |
| 11/05/2024 | Draft 5028 | -576.41 | | 143,134.24 |
| 11/05/2024 | Draft 5033 | -503.31 | | 142,630.93 |
| 11/05/2024 | Draft 5036 | -762.27 | | 141,868.66 |
| 11/06/2024 | Deposit ACH COSTLESSDISTRIBU | | 6,861.64 | 148,730.30 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT CO: COSTLESSDISTRIBU | | | |
| 11/06/2024 | Withdrawal Transfer | -402.86 | | 148,327.44 |
| | To FARNER,JAMIE K XXXXXXXXXX Share 0050 | | | |
| 11/06/2024 | Withdrawal | -25.00 | | 148,302.44 |
| | WIRE FEE | | | |
| 11/06/2024 | Withdrawal Wire 0000050984 | -3,777.00 | | 144,525.44 |
| 11/06/2024 | Deposit by Check | | 124,560.51 | 269,085.95 |
| 11/06/2024 | Withdrawal Debit Card VISA INSTANT | -4,744.11 | | 264,341.84 |
| | FLINT PACKAGING DIVISI 800-6566652 MI | | | |
| 11/06/2024 | Deposit ACH MERCHANT SVCS | | 22,150.96 | 286,492.80 |
| | TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | | |



## D 0050 BUSINESS CHECKING PLUS (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 11/06/2024 | Draft 5058 | -3,501.54 | | 282,991.26 |
| 11/06/2024 | Draft 5059 | -650.00 | | 282,341.26 |
| 11/06/2024 | Draft 5063 | -29.84 | | 282,311.42 |
| 11/06/2024 | Draft 5064 | -136.56 | | 282,174.86 |
| 11/06/2024 | Draft 5066 | -3,960.96 | | 278,213.90 |
| 11/07/2024 | Deposit ACH COSTLESSDISTRIBU<br>TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT<br>CO: COSTLESSDISTRIBU | | 6,171.00 | 284,384.90 |
| 11/07/2024 | Withdrawal ACH MERCHANT SVCS<br>TYPE: MEMX103124 ID: 1999999991 CO: MERCHANT SVCS | -732.97 | | 283,651.93 |
| 11/07/2024 | Withdrawal ACH INTUIT PAYROLL S<br>TYPE: QUICKBOOKS ID: 1722616679 DATA: ERVICES<br>852097112 CO: INTUIT PAYROLL S | -10,392.22 | | 273,259.71 |
| 11/07/2024 | Deposit by Check | | 4,044.71 | 277,304.42 |
| 11/07/2024 | Deposit ACH MERCHANT SVCS<br>TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | 561.62 | 277,866.04 |
| 11/07/2024 | Draft 5023 | -524.52 | | 277,341.52 |
| 11/08/2024 | Deposit ACH Frontier Distrib<br>TYPE: FDI Paymen ID: 382696756 CO: Frontier Distrib | | 7,836.11 | 285,177.63 |
| 11/08/2024 | Deposit ACH COSTLESSDISTRIBU<br>TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT<br>CO: COSTLESSDISTRIBU | | 639.75 | 285,817.38 |
| 11/08/2024 | Withdrawal ACH IRS<br>TYPE: USATAXPYMT ID: 3387702000 CO: IRS | -3,796.58 | | 282,020.80 |
| 11/08/2024 | Deposit by Check | | 7,665.08 | 289,685.88 |
| 11/08/2024 | Deposit by Check | | 305.62 | 289,991.50 |
| 11/08/2024 | Deposit ACH MERCHANT SVCS<br>TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | 5,041.85 | 295,033.35 |
| 11/08/2024 | Draft 5060 | -947.27 | | 294,086.08 |
| 11/08/2024 | Draft 5061 | -2,308.53 | | 291,777.55 |
| 11/08/2024 | Draft 5062 | -664.05 | | 291,113.50 |
| 11/08/2024 | Draft 5065 | -2,542.56 | | 288,570.94 |
| 11/12/2024 | Deposit ACH MERCHANT SVCS<br>TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | 5,274.59 | 293,845.53 |
| 11/12/2024 | Withdrawal ACH fintech.net<br>TYPE: FintechEFT ID: 65-0152732 CO: fintech.net | -26.30 | | 293,819.23 |
| 11/12/2024 | Draft 5034<br>OnUs Draft | -5,703.39 | | 288,115.84 |
| 11/12/2024 | Withdrawal Debit Card VISA INSTANT<br>B AND F PLASTIC SPECIA 616-784-2330 MI | -266.76 | | 287,849.08 |
| 11/12/2024 | Deposit ACH MERCHANT SVCS<br>TYPE: IPSMXASETL ID: 1999999991 CO: MERCHANT SVCS | | 2,142.73 | 289,991.81 |
| 11/13/2024 | Deposit ACH COSTLESSDISTRIBU<br>TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT<br>CO: COSTLESSDISTRIBU | | 320.00 | 290,311.81 |
| 11/13/2024 | Withdrawal<br>WIRE FEE | -25.00 | | 290,286.81 |
| 11/13/2024 | Withdrawal<br>WIRE FEE | -25.00 | | 290,261.81 |
| 11/13/2024 | Withdrawal Wire 0000051134 | -12,020.50 | | 278,241.31 |
| 11/13/2024 | Withdrawal Wire 0000051135 | -21,765.00 | | 256,476.31 |
| 11/13/2024 | Withdrawal<br>WIRE FEE | -25.00 | | 256,451.31 |
| 11/13/2024 | Withdrawal Wire 0000051140 | -244,256.31 | | 12,195.00 |
| 11/13/2024 | Withdrawal Adjustment<br>RETURNED CK-LARRY'S FOODLAND-DUPLICATE ALSO<br>DEPOSITED TO XXX8645 10/14/24 | -$305.62 | | 11,889.38 |
| 11/13/2024 | Withdrawal Payroll<br>Returned Deposited Item Fee | -25.00 | | 11,864.38 |
| 11/13/2024 | Recurring Withdrawal Debit Card VISA INSTANT | -295.00 | | 11,569.38 |


## ID 0050 BUSINESS CHECKING PLUS (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BADGER MAPS, INC BADGERMAPPING UT | | | |
| 11/13/2024 | Withdrawal Debit Card VISA INSTANT | -6,925.00 | | 4,644.38 |
| | BEDFORD INDUSTRIES 507-375-4136 MN | | | |
| 11/14/2024 | Deposit ACH PETPROS4346 | | 11,549.13 | 16,193.51 |
| | TYPE: ePay ID: 1871750248 CO: PETPROS4346 | | | |
| 11/14/2024 | Deposit ACH COSTLESSDISTRIBU | | 4,505.85 | 20,699.36 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/14/2024 | Deposit ACH COSTLESSDISTRIBU | | 6,054.23 | 26,753.59 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/15/2024 | Deposit ACH COSTLESSDISTRIBU | | 3,212.79 | 29,966.38 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/15/2024 | Draft 5057 | -120.00 | | 29,846.38 |
| 11/15/2024 | Withdrawal Analysis Fee | -20.00 | | 29,826.38 |
| 11/18/2024 | Deposit ACH COSTLESSDISTRIBU | | 5,336.85 | 35,163.23 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/19/2024 | Deposit ACH COSTLESSDISTRIBU | | 565.22 | 35,728.45 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/20/2024 | Withdrawal Transfer | -436.74 | | 35,291.71 |
| | To FARNER,JAMIE K XXXXXXXXXX Share 0050 Home | | | |
| | Banking[16056655] | | | |
| 11/20/2024 | Withdrawal Transfer | -200.00 | | 35,091.71 |
| | To MARTIN,MARILYN M XXXXXXXXXX Share 0050 Home | | | |
| | Banking[16056656] | | | |
| 11/20/2024 | Deposit ACH COSTLESSDISTRIBU | | 323.12 | 35,414.83 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/21/2024 | Deposit ACH COSTLESSDISTRIBU | | 2,564.68 | 37,979.51 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/21/2024 | Withdrawal | -25.00 | | 37,954.51 |
| | WIRE FEE | | | |
| 11/21/2024 | Withdrawal Wire 0000051375 | -35,979.50 | | 1,975.01 |
| 11/22/2024 | Deposit ACH COSTLESSDISTRIBU | | 362.92 | 2,337.93 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/25/2024 | Deposit ACH COSTLESSDISTRIBU | | 1,864.14 | 4,202.07 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/25/2024 | Withdrawal ACH VERIZON WIRELESS | -867.87 | | 3,334.20 |
| | TYPE: PAYMENTS ID: 6223344794 CO: VERIZON WIRELESS | | | |
| 11/26/2024 | Deposit ACH COSTLESSDISTRIBU | | 1,575.15 | 4,909.35 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/27/2024 | Deposit ACH COSTLESSDISTRIBU | | 46.49 | 4,955.84 |
| | TYPE: MERC DEP ID: 3383693141 DATA: MERCHANT DEPOSIT | | | |
| | CO: COSTLESSDISTRIBU | | | |
| 11/27/2024 | Recurring Withdrawal Debit Card VISA INSTANT | -23.23 | | 4,932.61 |
| | BADGER MAPS, INC BADGERMAPPING CA | | | |
| 11/27/2024 | Withdrawal Debit Card VISA INSTANT | -162.17 | | 4,770.44 |
| | EDIBLE.COM HTTPSWWW.EDIB GA | | | |
| 11/29/2024 | Withdrawal ACH COSTLESSDISTRIBU | -58.95 | | 4,711.49 |
| | TYPE: NET SETTLE ID: 3383693141 DATA: NET SETTLE CO: | | | |
| | COSTLESSDISTRIBU | | | |
| 11/30/2024 | Deposit Dividend | | 8.12 | 4,719.61 |





## ID 0060 - BUSINESS CHECKING PLUS (continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------|---------|---------|
| | Annual Percentage Yield Earned 0.100% from 11/01/2024 through 11/30/2024 | | | |
| 11/30/2024 | Ending Balance | | | 4,719.61 |
| | 68 Withdrawal(s) = -475,918.99  35 Deposit(s) = 319,395.01 | | | |

## YEAR-TO-DATE SUMMARY

| | | Deposit | |
|------|------------------------|---------|---|
| | Dividends Paid | 15.70 | |
| | Total Interest Paid | 0.00 | |

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: _11 - 30 - 24_

Case No: 24-31912-jda

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: _Timothy Gosen_      Capacity: _✓_ Shareholder
_____ Officer
_____ Director
_____ Insider

Detailed Description of Duties: _CLERICAL & office_

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | | | 3000.00 |
| **Current Benefits Paid:** | Weekly | or | Monthly |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | 32.00 |
| Total Benefits | | | |
| **Current Other Payments Paid:** | Weekly | or | Monthly |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
| | | | 3032.00 |

Dated: _____

_____
Principal, Officer, Director, or Insider

*Form 6*

Period Ending: _____11 - 3 0 - 24_____

Case No: 24-31912-jda

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: _MATTHEW OVADEK_          Capacity:     _X_ Shareholder
                                            _____ Officer
                                            _____ Director
                                            _____ Insider

Detailed Description of Duties: _GENERAL MANAGER_

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | | | 3000.00 |
| **Current Benefits Paid:** | Weekly | or | Monthly |
| Health Insurance | | | 1146.59 |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | 32.50 |
| Total Benefits | | | |
| **Current Other Payments Paid:** | Weekly | or | Monthly |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
| | | | 4184.09 |

Dated: _12/19/2024_

_____
Principal, Officer, Director, or Insider

*Form 6*

Case No: 24-31912-jda

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | State Auto | 8/1/25 |
| General Business Policy | State Auto | 3/8/25 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Form 7*



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
11.18.2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | KELLY REYNOLDS AUCKLAND | | |
|---|---|---|---|---|
| HIGH FAVOR INSURANCE AGENCY LLC | PHONE (A/C, No, Ext): 248.765.8675 | | FAX (A/C, No): | |
| 32844 WOODWARD AVE | E-MAIL ADDRESS: KELLY@HIGHFAVORINSURANCE.COM | | | |
| ROYAL OAK MI 48073 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : STATE AUTO | | | 251270175 |
| INSURED | INSURER B : PROGRESSIVE† | | | 10187 |
| DIP#24#31912 | INSURER C : | | | |
| COST LESS DISTRIBUTING, INC | INSURER D : | | | |
| 3302 ASSOCIATES DR | INSURER E : | | | |
| BURTON MI 48529 | INSURER F : | | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** ☒ <br> ☐ CLAIMS-MADE ☒ OCCUR | | | 10063322 CB | 03.08.2024 | 03.08.2025 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5000 |
| | | | | | | | PERSONAL & ADV INJURY | $ INCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> ☒ POLICY ☐ PRO-JECT ☐ LOC <br> OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** <br> ☒ ANY AUTO <br> ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS <br> ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | 982116434 | 06.04.2024 | 06.04.2025 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ 1,000,000 |
| | | | | | | | | $ |
| A | ☒ **UMBRELLA LIAB** ☒ OCCUR <br> ☐ EXCESS LIAB ☐ CLAIMS-MADE | | X | 10082435CU | 03.08.2024 | 03.08.2025 | EACH OCCURRENCE | $ 4,000,000 |
| | ☐ DED ☐ RETENTION $ | | | | | | AGGREGATE | $ 4,000,000 |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ y N/A <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | | | 10142959WC | 08.01.2024 | 08.01.2025 | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| † <br> DIP#24#31912 <br><br> chapter#11#bankruptcy#protection | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. <br><br> AUTHORIZED REPRESENTATIVE <br> Ryan Snador |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD