# Projections 2025

**Sales**

| | |
|---|---:|
| General Merchandise Sales | $96,720.00 |
| Grocery Sales | $59,520.00 |
| Pet Sales | $4,736,000.00 |
| **Total Sales** | $4,892,240.00 |
| Shipping and Delivery Income | $0.00 |
| **Total Income** | $4,892,240.00 |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | |
|     Cost of Goods General Merch | $50,592.00 |
|     Cost of Goods Grocery | $32,736.00 |
|     Cost of Goods Pet | $3,011,600.00 |
|     Cost of Goods Sold - Other | $0.00 |
|   **Total Cost of Goods Sold** | $3,094,928.00 |
| **Total COGS** | $3,094,928.00 |
| **Gross Profit** | $1,797,312.00 |
| **Expense** | |
|   Advertising and Promotion | $12,000.00 |
|   Auto and Truck Expenses | $42,000.00 |
|   Auto Lease | $8,104.56 |
|   Bank Fee | $4,800.00 |
|   Building & Paint Supplies | $2,163.24 |
|   Commission | $144,000.00 |
|   Computer and Internet Expenses | $10,922.04 |
|   Credit Card Fee | $31,200.00 |
|   Insurance Expense | $78,000.00 |
|   Payroll Expenses | $780,000.00 |
|   Printing and Reproduction | $21,000.00 |
|   Professional Fees | $24,000.00 |
|   Repairs and Maintenance | $21,380.16 |
|   Shipping / Freight | $220,000.00 |
|   Telephone Expense | $10,920.00 |
|   Utilities | $78,000.00 |
|   Warehouse Supplies | $3,600.00 |
| **Total Expense** | $1,492,090.00 |
| **Net Ordinary Income** | $305,222.00 |

# Projections 2026

**Sales**

|  |  |
|---|---:|
| General Merchandise Sales | $97,687.20 |
| Grocery Sales | $60,115.20 |
| Pet Sales | $4,783,360.00 |
| **Total Sales** | $4,941,162.40 |
| Shipping and Delivery Income | $0.00 |
| **Total Income** | $4,941,162.40 |

**Cost of Goods Sold**

Cost of Goods Sold

|  |  |
|---|---:|
| Cost of Goods General Merch | $51,097.92 |
| Cost of Goods Grocery | $33,063.36 |
| Cost of Goods Pet | $3,041,716.00 |
| Cost of Goods Sold - Other | $0.00 |
| **Total Cost of Goods Sold** | $3,125,877.28 |
| **Total COGS** | $3,125,877.28 |

**Gross Profit** — $1,815,285.12

**Expense**

|  |  |
|---|---:|
| Advertising and Promotion | $12,120.00 |
| Auto and Truck Expenses | $42,420.00 |
| Auto Lease | $8,185.61 |
| Bank Fee | $4,848.00 |
| Building & Paint Supplies | $2,184.87 |
| Commission | $145,440.00 |
| Computer and Internet Expenses | $11,031.26 |
| Credit Card Fee | $31,512.00 |
| Insurance Expense | $78,780.00 |
| Payroll Expenses | $787,800.00 |
| Printing and Reproduction | $21,210.00 |
| Professional Fees | $24,240.00 |
| Repairs and Maintenance | $21,593.96 |
| Shipping / Freight | $222,200.00 |
| Telephone Expense | $11,029.20 |
| Utilities | $78,780.00 |
| Warehouse Supplies | $3,636.00 |
| **Total Expense** | $1,507,010.90 |

**Net Ordinary Income** — $308,274.22

# Projection 2027

| | | |
|---|---|---:|
| **Sales** | | |
| | General Merchandise Sales | $101,556.00 |
| | Grocery Sales | $62,496.00 |
| | Pet Sales | $4,972,800.00 |
| | **Total Sales** | **$5,136,852.00** |
| | Shipping and Delivery Income | $0.00 |
| **Total Income** | | **$5,136,852.00** |
| **Cost of Goods Sold** | | |
| | Cost of Goods Sold | $53,121.60 |
| |     Cost of Goods General Merch | $53,121.60 |
| |     Cost of Goods Grocery | $34,372.80 |
| |     Cost of Goods Pet | $3,162,180.00 |
| |     Cost of Goods Sold - Other | $0.00 |
| | **Total Cost of Goods Sold** | **$3,249,674.40** |
| **Gross Profit** | | **$1,887,177.60** |
| | **Expense** | |
| | Advertising and Promotion | $12,600.00 |
| | Auto and Truck Expenses | $44,100.00 |
| | Auto Lease | $8,509.79 |
| | Bank Fee | $5,040.00 |
| | Building & Paint Supplies | $2,271.40 |
| | Commission | $151,200.00 |
| | Computer and Internet Expenses | $11,468.14 |
| | Credit Card Fee | $32,760.00 |
| | Insurance Expense | $81,900.00 |
| | Payroll Expenses | $819,000.00 |
| | Printing and Reproduction | $22,050.00 |
| | Professional Fees | $25,200.00 |
| | Repairs and Maintenance | $22,449.17 |
| | Shipping / Freight | $231,000.00 |
| | Telephone Expense | $11,466.00 |
| | Utilities | $81,900.00 |
| | Warehouse Supplies | $3,780.00 |
| | **Total Expense** | **$1,566,694.50** |
| **Net Ordinary Income** | | **$320,483.10** |

# Projection 2028

**Sales**

|  |  |
|---|---:|
| **General Merchandise Sales** | $103,490.40 |
| **Grocery Sales** | $63,686.40 |
| **Pet Sales** | $5,067,520.00 |
| **Total Sales** | $5,234,696.80 |
| **Shipping and Delivery Income** |  |
| **Total Income** | $5,234,696.80 |
| **Cost of Goods Sold** |  |
|     **Cost of Goods Sold** | $0.00 |
|     **Cost of Goods General Merch** | $54,133.44 |
|     **Cost of Goods Grocery** | $35,027.52 |
|     **Cost of Goods Pet** | $3,222,412.00 |
|     **Cost of Goods Sold - Other** | $0.00 |
| **Total Cost of Goods Sold** | $3,311,572.96 |
| **Gross Profit** | $1,923,123.84 |
| **Expense** |  |
|     Advertising and Promotion | $12,840.00 |
|     Auto and Truck Expenses | $44,940.00 |
|     Auto Lease | $8,671.88 |
|     Bank Fee | $5,136.00 |
|     Building & Paint Supplies | $2,314.67 |
|     Commission | $154,080.00 |
|     Computer and Internet Expenses | $11,686.58 |
|     Credit Card Fee | $33,384.00 |
|     Insurance Expense | $83,460.00 |
|     Payroll Expenses | $834,600.00 |
|     Printing and Reproduction | $22,470.00 |
|     Professional Fees | $25,680.00 |
|     Repairs and Maintenance | $22,876.77 |
|     Shipping / Freight | $235,400.00 |
|     Telephone Expense | $11,684.40 |
|     Utilities | $83,460.00 |
|     Warehouse Supplies | $3,852.00 |
| **Total Expense** | $1,596,536.30 |
| **Net Ordinary Income** | $326,587.54 |

# Projection 2029

**Sales**

| | | |
|---|---|---:|
| | General Merchandise Sales | $106,392.00 |
| | Grocery Sales | $65,472.00 |
| | Pet Sales | $5,209,600.00 |
| **Total Sales** | | $5,381,464.00 |
| Shipping and Delivery Income | | |
| **Total Income** | | $5,381,464.00 |
| **Cost of Goods Sold** | | |
| | Cost of Goods Sold | $0.00 |
| | Cost of Goods General Merch | $55,651.20 |
| | Cost of Goods Grocery | $36,009.60 |
| | Cost of Goods Pet | $3,312,760.00 |
| | Cost of Goods Sold - Other | $0.00 |
| | **Total Cost of Goods Sold** | $3,404,420.80 |
| **Gross Profit** | | $1,977,043.20 |
| **Expense** | | |
| | Advertising and Promotion | $13,200.00 |
| | Auto and Truck Expenses | $46,200.00 |
| | Auto Lease | $8,915.02 |
| | Bank Fee | $5,280.00 |
| | Building & Paint Supplies | $2,379.56 |
| | Commission | $158,400.00 |
| | Computer and Internet Expenses | $12,014.24 |
| | Credit Card Fee | $34,320.00 |
| | Insurance Expense | $85,800.00 |
| | Payroll Expenses | $833,000.00 |
| | Printing and Reproduction | $23,100.00 |
| | Professional Fees | $26,400.00 |
| | Repairs and Maintenance | $23,518.18 |
| | Shipping / Freight | $242,000.00 |
| | Telephone Expense | $12,012.00 |
| | Utilities | $85,800.00 |
| | Warehouse Supplies | $3,960.00 |
| | **Total Expense** | $1,616,299.00 |
| **Net Ordinary Income** | | $360,744.20 |