UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: 12/31/24

In re:   Case Number: 24-31912-jda

COST LESS DISTRIBUTING, INC.,   Chapter 11

Debtor.   Hon. Joel D. Applebaum

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:
   - _____ Operating Statement (Form 2)
   - _____ Balance Sheet (Form 3)
   - _____ Summary of Operations (Form 4)
   - _____ Monthly Cash Statement (Form 5)
   - _____ Statement of Compensation (Form 6)
   - _____ Schedule of In-Force Insurance (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)   YES  X    NO _____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)   YES  X    NO _____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)   YES _____   NO  X

5. All United States Trustee Quarterly fees have been paid and are current.
   YES  X    NO _____

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation)   YES  X    NO _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: 1-16-25

_____
Debtor in Possession

VP
Title          Phone

*Form 1*

## OPERATING STATEMENT (P&L)
Period Ending: 12/31/24
Case No: 24-31912-jda

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | $484,546.79 | $1,327,400.34 |
| Cost of Sales | $301,615.86 | $763,238.48 |
| GROSS PROFIT | $182,930.93 | $546,161.86 |
| **EXPENSES:** | | |
| Officer Compensation | $8,000.00 | $14,000.00 |
| Salary Expenses other Employees | $65,926.47 | $188,799.16 |
| Employee Benefits & Pensions | $3,960.96 | $6,679.22 |
| Payroll Taxes | $4,593.46 | $24,748.16 |
| Other Taxes | 0 | $1,575.96 |
| Rent and Lease Expense | 0 | 0 |
| Interest Expense | 0 | 0 |
| Insurance | $681.00 | $9,121.66 |
| Automobile and Truck Expense | $6,084.98 | $11,370.17 |
| Utilities (gas, electric, phone) | $4,284.86 | $12,086.61 |
| Depreciation | 0 | 0 |
| Travel and Entertainment | $1,089.78 | $1,364.38 |
| Repairs and Maintenance | $5,844.36 | $8,891.73 |
| Advertising | $13,687.03 | $28,436.83 |
| Supplies, Office Expense, etc. | $31,201.96 | $66,624.07 |
| Other Specify Rebates, Bank Fees & Credit Card Fees | $15,820.71 | $30,700.20 |
| Other Specify Shipping & Donations | $31,927.22 | $94,473.43 |
| **TOTAL EXPENSES:** | $193,102.79 | $498,871.58 |
| **NET OPERATING PROFIT/(LOSS)** | ($10,171.86) | $65,290.28 |
| Add: Non-Operating Income: | | |
| Interest Income | | |
| Other Income | | |
| Less: Non-Operating Expenses: | | |
| Professional Fees | | |
| Other | | |
| **NET INCOME/(LOSS)** | ($10,171.86) | $65,290.28 |

*Form 2*

# BALANCE SHEET

Period Ending: 12/31/24

Case No: 24-31912-jda

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | $217,622.20 | $9,973.13 | |
| Inventory: | $277,533.65 | $284,849.93 | |
| Accounts Receivables: | $192,822.80 | $180,482.00 | |
| Insider Receivables | 0 | 0 | |
| Land and Buildings: | $500,600.00 | $500,600.00 | |
| Furniture, Fixtures & Equip: | $398,327.00 | $398,327.00 | |
| Accumulated Depreciation: | ($26,963.00) | ($26,963.00) | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | $1,559,932.65 | $1,437,009.04 | |
| | | | |
| **LIABILITIES:** | | | |
| **Post-petition Liabilities:** | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |
| | | | |
| Secured Liabilities: | $376,292.84 | $376,292.84 | |
| Subject to Post-petition | $1,164,016.86 | $1,164,016.86 | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | $1,540,309.70 | $1,540,309.70 | |
| | | | |
| **Pre-petition Liabilities:** | | | |
| Taxes & Other Priority Liabilities | $12,372.69 | $12,372.69 | |
| Unsecured Liabilities: | $1,243,547.23 | $1,243,547.23 | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | $1,255,920.42 | $1,255,920.42 | |
| | | | |
| **Equity:** | | | |
| Owners Capital: | $1,000.00 | $1,000.00 | |
| Retained Earnings-Pre Petition. | ($1,237,297.47) | ($1,360,21.08) | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| **TOTAL Equity:** | $1,559,932.65 | $1,437,009.04 | |
| | | | |
| **TOTAL LIABILITIES** | $4,034,527.59 | $4,157,451.12 | |
| | | | |
| **/AND EQUITY** | ($2,474,594.94) | ($2,720,442.08) | |

*Form 3*

# SUMMARY OF OPERATIONS

Period Ended: 12/31/24

Case No: 24-31912-jda

## Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | $5,301.00 | $5,301.00 | 0 |
| State: | $2,725.78 | $2,253.47 | $2,725.78 | $2,253.47 |
| Local: | | | | |
| **FICA Withheld:** | | $3,521.80 | $3,521.80 | 0 |
| **Employers FICA:** | | $3,521.80 | $3,521.80 | 0 |
| **Unemployment Tax:** | | | | |
| Federal: | $36.00 | $48.00 | 0 | $84.00 |
| State: | $150.00 | $200.00 | 0 | $350.00 |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | $11,000.00 | | | $11,000.00 |
| **Workers' Compensation** | | | | |
| **Other:** Medicare | | $823.66 | $823.66 | 0 |
| **TOTALS:** | | | | |

## AGING OF ACCOUNTS RECEIVABLE AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | | | |
| Accounts Receivable | $173,432.27 | $18,657.27 | $733.26 |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

**Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:**

_____
_____
_____
_____

*Form 4*

# MONTHLY CASH STATEMENT
Period Ending: 12/31/24

Cash Activity Analysis (Cash Basis Only):    Case No: 24-31912-jda

|  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | $94,993.50 | | | | |
| B. Receipts (Attach separate schedule) | $475,083.52 | | | | |
| C. Balance Available (A + B) | | | | | |
| D. Less Disbursements (Attach separate schedule) | $352,454.82 | | | | |
| E. ENDING BALANCE (C - D) | $217,622.20 | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
1. Depository Name & Location  Huntington Bank - Court St Burton, MI
2. Account Number  01383421525

Payroll Account:
1. Depository Name & Location _____
2. Account Number _____

Tax Account:
1. Depository Name & Location _____
2. Account Number _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):
_____

Date: 1-16-25          _[signature]_
                       Debtor in Possession

*Form 5*

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: 12/31/24

Case No: 24-31912-jda

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Matthew Ovadek

Capacity:  X  Shareholder
___ Officer
___ Director
___ Insider

Detailed Description of Duties: General Manager

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $4,000.00 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | $1,146.5+ |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | $37.50 |
| Total Benefits | | | |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
| | | | $5,184.09 |

Dated: 1-16-25

_____
Principal, Officer, Director, or Insider

*Form 6*

Period Ending: 12-31-24

Case No: 24-31912-jda

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: Timothy Green  Capacity: __X__ Shareholder
___ Officer
___ Director
___ Insider

Detailed Description of Duties: Clerical & Office

| | Weekly | or | Monthly |
|---|---|---|---|
| Current Compensation Paid: | | | $ 4000 |
| Current Benefits Paid: | Weekly | or | Monthly |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | 32.50 |
| Total Benefits | | | |
| Current Other Payments Paid: | Weekly | or | Monthly |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly 4032.50 |

Dated: 1-19-25

_____
Principal, Officer, Director, or Insider

*Form 6*

SCHEDULE OF IN-FORCE INSURANCE

Period Ending: 12/31/24

Case No: 24-31912-jda

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | State Auto | 8/1/25 |
| General Business Policy | State Auto | 8/1/25 |

SCHEDULE OF IN-FORCE INSURANCE

*Form 7*