# EXHIBIT A

Cost Less Distributing, Inc.

| | Amount | Recovery | Lien Amount | **Chapter 7 Analysis**<br>Estimated liquidation proceeds to unsecured creditors after deducting liens |
|---|---|---|---|---|
| Building at 3302 Associates in Burton, MI | $500,000.00 | 100% | $1,100,000 | $0.00 |
| Cash on hand/in deposot | $16,620.40 | 100% | $372,325 | $0.00 |
| Accounts Receivable | $351,000.00 | 75% | $372,325 | $0.00 |
| Office furniture | $10,000.00 | 50% | $150,000 | $0.00 |
| Machinery and Equipment | $32,700.00 | 50% | $150,000 | $0.00 |
| Vehicles | $15,000.00 | 50% | $150,000 | $0.00 |
| **Total assets (Chapter 11/7)** | $925,320.40 | | | **$0.00** |

| **Offsets/Deductions from** | |
|---|---|
| Chapter 7 Trustee Commission (5%) | 0.00 |
| Costs of Sale (10%, personal property) | 0.00 |
| Chapter 7 Trustee Legal | (25,000.00) |
| Chapter 7 Trustee Accountant | (2,000.00) |
| **Amount available for unsecured claims** | -$27,000.00 |