2025

|  | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales/Revenue** | 409,926.40 | 462,800.00 | $514,800.00 | $454,480.00 | $457,600.00 | $473,200.00 | $417,040.00 | $410,800.00 | $442,000.00 | $442,000.00 | $482,560.00 | $494,000.00 | $4,588,480.00 |
| **Cost of Goods Sold** | 245,955.84 | 277,680.00 | $308,880.00 | $272,688.00 | $274,560.00 | $283,920.00 | $250,224.00 | $246,480.00 | $265,200.00 | $265,200.00 | $289,536.00 | $296,400.00 | |
| **Total Cost of Goods Sold** | 245,955.84 | 277,680.00 | $308,880.00 | $272,688.00 | $274,560.00 | $283,920.00 | $250,224.00 | $246,480.00 | $265,200.00 | $265,200.00 | $289,536.00 | $296,400.00 | $2,753,088.00 |
| **Gross Profit** | $163,970.56 | $185,120.00 | $205,920.00 | $181,792.00 | $183,040.00 | $189,280.00 | $166,816.00 | $164,320.00 | $176,800.00 | $176,800.00 | $193,024.00 | $197,600.00 | $1,835,392.00 |
| **Expense** | | | | | | | | | | | | | |
| Adveristing | 1,001.68 | 1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $10,016.80 |
| Auto/Truck | 3,200.00 | 3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $42,000.00 |
| Auto Lease | 675.38 | 675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $6,753.80 |
| Bank Fee | 400.00 | 400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,000.00 |
| Building Exp | 180.27 | 180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $1,802.70 |
| Commission | 10,658.09 | 12,032.80 | $11,840.40 | $10,453.04 | $10,524.80 | $10,883.60 | $9,591.92 | $9,448.40 | $10,166.00 | $10,166.00 | $11,098.88 | $11,362.00 | $105,535.04 |
| Computer/internet | 910.17 | 910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $9,101.70 |
| Credit Card Fee | 3,074.45 | 3,471.00 | $5,302.44 | $4,681.14 | $4,713.28 | $4,873.96 | $4,295.51 | $4,231.24 | $4,552.60 | $4,552.60 | $4,970.37 | $5,088.20 | $47,261.34 |
| Insurance Expense | 1,759.00 | 1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $17,590.00 |
| Payroll Expenses | 88,843.26 | 88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $888,432.60 |
| Printing and Reproduction | 1,750.00 | 1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $17,500.00 |
| Professional Fees | 2,000.00 | 2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $20,000.00 |
| Repairs and Maintenance | 1,781.68 | 1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $17,816.80 |
| Shipping / Freight | 28,000.00 | 32,396.00 | $36,036.00 | $31,813.60 | $32,032.00 | $33,124.00 | $29,192.80 | $28,756.00 | $30,940.00 | $30,940.00 | $33,779.20 | $34,580.00 | $321,193.60 |
| Telephone Expense | 910.00 | 910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $9,100.00 |
| Utilities | 4,800.00 | 4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $48,000.00 |
| Warehouse Supplies | 1,000.00 | 1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $10,000.00 |
| **Total Exp** | 150,943.97 | 157,111.24 | $163,390.28 | $157,159.22 | $157,481.52 | $159,093.00 | $153,291.67 | $152,647.08 | $155,870.04 | $155,870.04 | $160,059.89 | $161,241.64 | $1,576,104.38 |
| **Net Profit** | | $13,026.59 | $28,008.76 | $42,529.72 | $24,632.78 | $25,558.48 | $30,187.00 | $13,524.33 | $11,672.92 | $20,929.96 | $20,929.96 | $32,964.11 | $36,358.36 | $259,287.62 |

2026

|  | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales/Revenue** | $417,809.60 | $462,800.00 | $514,800.00 | $454,480.00 | $457,600.00 | $473,200.00 | $417,040.00 | $410,800.00 | $442,000.00 | $442,000.00 | $482,560.00 | $494,000.00 | $5,469,089.60 |
| **Cost Goods** | $250,685.76 | $277,680.00 | $308,880.00 | $272,688.00 | $274,560.00 | $283,920.00 | $250,224.00 | $246,480.00 | $265,200.00 | $265,200.00 | $289,536.00 | $296,400.00 | $3,281,453.76 |
| **Gross Profit** | $167,123.84 | $185,120.00 | $205,920.00 | $181,792.00 | $183,040.00 | $189,280.00 | $166,816.00 | $164,320.00 | $176,800.00 | $176,800.00 | $193,024.00 | $197,600.00 | $2,187,635.84 |
| **Expense** | | | | | | | | | | | | | |
| **Adverting** | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $1,001.68 | $12,020.16 |
| **Auto/Truck** | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $48,400.00 |
| **Auto Lease** | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $8,104.56 |
| **Bank Fee** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,800.00 |
| **Building Exp** | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $2,163.24 |
| **Commission** | $10,863.05 | $12,032.80 | $11,840.40 | $10,453.04 | $10,524.80 | $10,883.60 | $9,591.92 | $9,448.40 | $10,166.00 | $10,166.00 | $11,098.88 | $11,362.00 | $128,430.89 |
| **Computer/internet** | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $10,922.04 |
| **Credit Card Fee** | $3,133.57 | $3,471.00 | $5,302.44 | $4,681.14 | $4,713.28 | $4,873.96 | $4,295.51 | $4,231.24 | $4,552.60 | $4,552.60 | $4,970.37 | $5,088.20 | $53,865.92 |
| **Insurance Expense** | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $21,108.00 |
| **Payroll Expenses** | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $1,066,119.12 |
| **Printing and Reproduction** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| **Repairs and Maintenance** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| **Shipping / Freight** | $28,000.00 | $32,396.00 | $36,036.00 | $31,813.60 | $32,032.00 | $33,124.00 | $29,192.80 | $28,756.00 | $30,940.00 | $30,940.00 | $33,779.20 | $34,580.00 | $381,589.60 |
| **Telephone Expense** | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $10,920.00 |
| **Utilities** | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $57,600.00 |
| **Warehouse Supplies** | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| **Total Exp** | $150,408.06 | $156,311.24 | $162,590.28 | $156,359.22 | $156,681.52 | $158,293.00 | $152,491.67 | $151,847.08 | $155,070.04 | $155,070.04 | $159,259.89 | $160,441.64 | $1,874,823.69 |
| **Net Profit** | $16,715.78 | $28,808.76 | $43,329.72 | $25,432.78 | $26,358.48 | $30,987.00 | $14,324.33 | $12,472.92 | $21,729.96 | $21,729.96 | $33,764.11 | $37,158.36 | $312,812.15 |

2027

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Income** | $442,878.18 | $490,568.00 | $545,688.00 | $481,748.80 | $485,056.00 | $501,592.00 | $442,062.40 | $435,448.00 | $468,520.00 | $468,520.00 | $511,513.60 | $523,640.00 | $5,797,234.98 |
| **Cost Goods** | $265,726.91 | $294,340.80 | $327,412.80 | $289,049.28 | $291,033.60 | $300,955.20 | $265,237.44 | $261,268.80 | $281,112.00 | $281,112.00 | $306,908.16 | $314,184.00 | $3,478,340.99 |
| **Gross Profit** | $177,151.27 | $196,227.20 | $218,275.20 | $192,699.52 | $194,022.40 | $200,636.80 | $176,824.96 | $174,179.20 | $187,408.00 | $187,408.00 | $204,605.44 | $209,456.00 | $2,318,893.99 |
| **Expense** | | | | | | | | | | | | | |
| **Adveristing** | $1,121.88 | $1,256.51 | $1,407.29 | $1,576.16 | $1,765.30 | $1,977.14 | $2,214.40 | $2,480.12 | $2,777.74 | $3,111.07 | $3,484.39 | $3,902.52 | $27,074.52 |
| **Auto/Truck** | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $48,400.00 |
| **Auto Lease** | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $8,104.56 |
| **Bank Fee** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,800.00 |
| **Building Exp** | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $2,163.24 |
| **Commission** | $11,514.83 | $12,754.77 | $12,550.82 | $11,080.22 | $11,156.29 | $11,536.62 | $10,167.44 | $10,015.30 | $10,775.96 | $10,775.96 | $11,764.81 | $12,043.72 | $136,136.74 |
| **Computer/internet** | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $10,922.04 |
| **Credit Card Fee** | $3,321.59 | $3,679.26 | $5,620.59 | $4,962.01 | $4,996.08 | $5,166.40 | $4,553.24 | $4,485.11 | $4,825.76 | $4,825.76 | $5,268.59 | $5,393.49 | $57,097.87 |
| **Insurance** | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $21,108.00 |
| **Payroll Expenses** | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $94,173.86 | $1,130,086.27 |
| **Printing and Reproduction** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| **Repairs** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| **Shipping / Freight** | $29,120.00 | $33,691.84 | $37,477.44 | $33,086.14 | $33,313.28 | $34,448.96 | $30,360.51 | $29,906.24 | $32,177.60 | $32,177.60 | $35,130.37 | $35,963.20 | $396,853.18 |
| **Telephone Expense** | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $10,920.00 |
| **Utilities** | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $57,600.00 |
| **Warehouse Supplies** | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| **Total Exp** | $157,818.66 | $164,122.73 | $170,796.49 | $164,444.90 | $164,971.30 | $166,869.47 | $161,035.94 | $160,627.14 | $164,297.41 | $164,630.74 | $169,388.52 | $171,043.29 | $1,980,046.58 |
| **Net Profit** | 19,332.61 | 32,104.47 | 47,478.71 | 28,254.62 | 29,051.10 | 33,767.33 | 15,789.02 | 13,552.06 | 23,110.59 | 22,777.26 | 35,216.92 | 38,412.71 | $338,847.41 |

2028

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $409,926.40 | $495,000.00 | $437,000.00 | $440,000.00 | $455,000.00 | $401,000.00 | $395,000.00 | $425,000.00 | $425,000.00 | $464,000.00 | $475,000.00 | $475,000.00 | $4,392,000.00 |
| **Total Sales/Revenue** | $456,164.52 | $505,285.04 | $562,058.64 | $496,201.26 | $499,607.68 | $516,639.76 | $455,324.27 | $448,511.44 | $482,575.60 | $482,575.60 | $526,859.01 | $539,349.20 | $5,971,152.03 |
| **Total Income** | $456,164.52 | $505,285.04 | $562,058.64 | $496,201.26 | $499,607.68 | $516,639.76 | $455,324.27 | $448,511.44 | $482,575.60 | $482,575.60 | $526,859.01 | $539,349.20 | $5,971,152.03 |
| **Cost Goods** | $273,698.71 | $303,171.02 | $337,235.18 | $297,720.76 | $299,764.61 | $309,983.86 | $273,194.56 | $269,106.86 | $289,545.36 | $289,545.36 | $316,115.40 | $323,609.52 | |
| **Total Cost Goods** | $273,698.71 | $303,171.02 | $337,235.18 | $297,720.76 | $299,764.61 | $309,983.86 | $273,194.56 | $269,106.86 | $289,545.36 | $289,545.36 | $316,115.40 | $323,609.52 | $3,582,691.22 |
| **Gross Profit** | $182,465.81 | $202,114.02 | $224,823.46 | $198,480.51 | $199,843.07 | $206,655.90 | $182,129.71 | $179,404.58 | $193,030.24 | $193,030.24 | $210,743.60 | $215,739.68 | $2,388,460.81 |
| **Expense** | | | | | | | | | | | | | |
| **Adveristing** | $1,121.88 | $1,256.51 | $1,407.29 | $1,576.16 | $1,765.30 | $1,977.14 | $2,214.40 | $2,480.12 | $2,777.74 | $3,111.07 | $3,484.39 | $3,902.52 | $27,074.52 |
| **Auto/Truck** | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $48,400.00 |
| **Auto Lease** | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $8,104.56 |
| **Bank Fee** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,800.00 |
| **Building Exp** | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $2,163.24 |
| **Commission** | $11,860.28 | $13,137.41 | $12,927.35 | $11,412.63 | $11,490.98 | $11,882.71 | $10,472.46 | $10,315.76 | $11,099.24 | $11,099.24 | $12,117.76 | $12,405.03 | $140,220.85 |
| **Computer/internet** | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $10,922.04 |
| **Credit Card Fee** | $3,421.23 | $3,789.64 | $5,789.20 | $5,110.87 | $5,145.96 | $5,321.39 | $4,689.84 | $4,619.67 | $4,970.53 | $4,970.53 | $5,426.65 | $5,555.30 | $58,810.81 |
| **Insurance** | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $21,108.00 |
| **Payroll Expenses** | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $1,175,289.72 |
| **Printing and Reproduction** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| **Repairs** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| **Shipping / Freight** | $29,702.40 | $34,365.68 | $38,226.99 | $33,747.87 | $33,979.55 | $35,137.94 | $30,967.72 | $30,504.36 | $32,821.15 | $32,821.15 | $35,832.98 | $36,682.46 | $404,790.25 |
| **Telephone Expense** | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $10,920.00 |
| **Utilities** | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $57,600.00 |
| **Warehouse Supplies** | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| **Total Exp** | $162,613.10 | $169,056.54 | $175,858.14 | $169,354.84 | $169,889.09 | $171,826.49 | $165,851.73 | $165,427.23 | $169,175.97 | $169,509.30 | $174,369.08 | $176,052.62 | $2,038,984.14 |
| **Net Profit** | $19,852.71 | $33,057.47 | $48,965.32 | $29,125.66 | $29,953.98 | $34,829.41 | $16,277.98 | $13,977.35 | $23,854.27 | $23,520.94 | $36,374.52 | $39,687.06 | $349,476.67 |

2029

|  | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Income** | | $469,849.46 | $520,443.59 | $578,920.40 | $511,087.30 | $514,595.91 | $532,138.95 | $468,984.00 | $461,966.78 | $497,052.87 | $497,052.87 | $542,664.78 | $555,529.68 | $6,150,286.59 |
| **Total Cost Goods** | | $284,646.66 | $315,297.86 | $350,724.59 | $309,629.59 | $311,755.19 | $322,383.21 | $284,122.35 | $279,871.14 | $301,127.17 | $301,127.17 | $328,760.02 | $336,553.90 | $3,725,998.86 |
| **Gross Profit** | | $185,202.80 | $205,145.73 | $228,195.81 | $201,457.71 | $202,840.72 | $209,755.74 | $184,861.65 | $182,095.64 | $195,925.69 | $195,925.69 | $213,904.76 | $218,975.78 | $2,424,287.72 |
| Expense | | | | | | | | | | | | | | |
| Adverising | | $1,121.88 | $1,256.51 | $1,407.29 | $1,576.16 | $1,765.30 | $1,977.14 | $2,214.40 | $2,480.12 | $2,777.74 | $3,111.07 | $3,484.39 | $3,902.52 | $27,074.52 |
| Auto/Truck | | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $48,400.00 |
| Auto Lease | | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 | $8,104.56 |
| Bank Fee | | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,800.00 |
| Building Exp | | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 | $2,163.24 |
| Commission | | $11,860.28 | $13,137.41 | $12,927.35 | $11,412.63 | $11,490.98 | $11,882.71 | $10,472.46 | $10,315.76 | $11,099.24 | $11,099.24 | $12,117.76 | $12,405.03 | $140,220.85 |
| Computer/internet | | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 | $10,922.04 |
| Credit Card Fee | | $3,421.23 | $3,789.64 | $5,789.20 | $5,110.87 | $5,145.96 | $5,321.39 | $4,689.84 | $4,619.67 | $4,970.53 | $4,970.53 | $5,426.65 | $5,555.30 | $58,810.81 |
| Insurance | | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $21,108.00 |
| Payroll Expenses | | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $97,940.81 | $1,175,289.72 |
| Printing and Reprodu | | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $21,000.00 |
| Professional Fees | | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| Repairs | | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| Shipping / Freight | | $29,702.40 | $34,365.68 | $38,226.99 | $33,747.87 | $33,979.55 | $35,137.94 | $30,967.72 | $30,504.36 | $32,821.15 | $32,821.15 | $35,832.98 | $36,682.46 | $404,790.25 |
| Telephone Expense | | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 | $10,920.00 |
| Utilities | | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $57,600.00 |
| Warehouse Supplies | | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| **Total Exp** | | $162,613.10 | $169,056.54 | $175,858.14 | $169,354.84 | $169,889.09 | $171,826.49 | $165,851.73 | $165,427.23 | $169,175.97 | $169,509.30 | $174,369.08 | $176,052.62 | $2,038,984.14 |
| **Net Profit** | | $22,589.69 | $36,089.18 | $52,337.67 | $32,102.87 | $32,951.62 | $37,929.25 | $19,009.93 | $16,668.42 | $26,749.73 | $26,416.40 | $39,535.67 | $42,923.15 | $385,303.59 |

2030

| | January | February | March | April | May |
|---|---|---|---|---|---|
| **Total Income** | $483,944.94 | $536,056.90 | $596,288.01 | $526,419.92 | $530,033.79 |
| **Cost Goods** | $290,366.96 | $321,634.14 | $357,772.81 | $315,851.95 | $318,020.27 |
| **Gross Profit** | $193,577.98 | $214,422.76 | $238,515.20 | $210,567.97 | $212,013.52 |
| **Expense** | | | | | |
| **Adveristing** | $1,121.88 | $1,256.51 | $1,407.29 | $1,576.16 | $1,765.30 |
| **Auto/Truck** | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| **Auto Lease** | $675.38 | $675.38 | $675.38 | $675.38 | $675.38 |
| **Bank Fee** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **Building Exp** | $180.27 | $180.27 | $180.27 | $180.27 | $180.27 |
| **Commission** | $11,860.28 | $13,137.41 | $12,927.35 | $11,412.63 | $11,490.98 |
| **Computer/internet** | $910.17 | $910.17 | $910.17 | $910.17 | $910.17 |
| **Credit Card Fee** | $3,421.23 | $3,789.64 | $5,789.20 | $5,110.87 | $5,145.96 |
| **Insurance** | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 | $1,759.00 |
| **Payroll Expenses** | $102,940.81 | $102,940.81 | $102,940.81 | $102,940.81 | $102,940.81 |
| **Printing and Reprodu** | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| **Repairs** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 |
| **Shipping / Freight** | $35,642.88 | $41,238.81 | $45,872.39 | $40,497.44 | $40,775.45 |
| **Telephone Expense** | $910.00 | $910.00 | $910.00 | $910.00 | $910.00 |
| **Utilities** | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 |
| **Warehouse Supplies** | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| **Total Exp** | $173,553.58 | $180,929.68 | $188,503.54 | $181,104.42 | $181,685.00 |
| **Net Profit** | $20,024.39 | $33,493.08 | $50,011.67 | $29,463.55 | $30,328.51 |