# Exhibit C
# Projections

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales/Revenue** | 480,794.77 | 535,975.61 | 442,600.83 | 488,965.75 | 525,000.00 | 505,000.00 | 515,000.00 | 525,000.00 | 545,000.00 | 545,000.00 | 545,000.00 | 515,000.00 | $6,168,336.96 |
| **Cost of Goods Sold** | 276,592.11 | 321,585.37 | 246,527.29 | 287,964.36 | 315,000.00 | 303,000.00 | 309,000.00 | 315,000.00 | 327,000.00 | 327,000.00 | 327,000.00 | 309,000.00 | $3,664,669.13 |
| **Gross Profit** | 204,202.66 | 214,390.24 | 196,073.54 | 201,001.39 | 210,000.00 | 202,000.00 | 206,000.00 | 210,000.00 | 218,000.00 | 218,000.00 | 218,000.00 | 206,000.00 | $2,503,667.83 |
| **Expense** | | | | | | | | | | | | | |
| **AdverISting** | 1,001.68 | 4,076.27 | $7,037.54 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $43,615.49 |
| **Auto/Truck** | 3,942.02 | 2,457.71 | $2,692.37 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $34,292.10 |
| **Auto Lease** | 2,867.91 | 1,703.13 | $1,278.13 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $19,349.17 |
| **Bank Fee** | 293.39 | 672.70 | $246.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,812.09 |
| **Building Exp** | 180.27 | 2,081.15 | $1,643.28 | $1,500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $9,404.70 |
| **Commission** | 12,767.12 | 10,412.18 | $12,247.51 | $12,500.00 | $12,500.00 | $14,000.00 | $12,500.00 | $12,500.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $151,426.81 |
| **Computer/internet** | 3,071.84 | 3,581.75 | $2,788.62 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $20,242.21 |
| **Credit Card Fee** | 1,028.68 | 1,991.94 | $1,636.96 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $21,757.58 |
| **Insurance Expense** | 7,231.05 | 13,111.54 | $3,354.16 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $95,696.75 |
| **Meals & Entertainment** | 813.07 | 341.07 | $1,761.90 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $1,200.00 | $1,200.00 | $1,200.00 | $11,316.04 |
| **Payroll Expenses** | 83,510.18 | 75,088.09 | $80,492.28 | $83,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $1,026,306.85 |
| **Printing and Reproduction** | 8,799.82 | 8,810.00 | $2,515.90 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $47,125.72 |
| **Professional Fees** | 2,000.00 | 2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| **Repairs and Maintenance** | 2,469.24 | 9,687.49 | $5,128.42 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $33,320.27 |
| **Shipping / Freight** | 33,686.37 | 32,069.22 | $12,668.51 | $34,227.60 | $36,750.00 | $35,350.00 | $36,050.00 | $36,750.00 | $38,150.00 | $38,150.00 | $38,150.00 | $36,050.00 | $408,051.70 |
| **Show Booth** | 0.00 | 2,195.03 | $3,971.52 | $0.00 | $0.00 | $0.00 | $0.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,166.55 |
| **Telephone Expense** | 1,303.39 | 1,261.74 | $1,261.74 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $15,526.87 |
| **Travel Expense** | 462.84 | 195.79 | $7,338.03 | $800.00 | $800.00 | $800.00 | $800.00 | $7,000.00 | $800.00 | $800.00 | $800.00 | $800.00 | $21,396.66 |
| **Utilities** | 4,208.11 | 1,619.66 | $7,656.96 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $56,684.73 |
| **Warehouse Supplies** | 11,477.77 | 17,163.52 | $13,560.69 | $13,500.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $135,701.98 |
| **Total Exp** | 181,114.75 | 190,519.98 | $171,280.52 | $179,009.28 | $180,031.68 | $180,131.68 | $179,331.68 | $195,574.94 | $184,274.94 | $184,674.94 | $184,674.94 | $182,574.94 | $2,193,194.27 |
| **Net Profit** | $23,087.91 | $23,870.26 | $24,793.02 | $21,992.11 | $29,968.32 | $21,868.32 | $26,668.32 | $14,425.06 | $33,725.06 | $33,325.06 | $33,325.06 | $23,425.06 | $310,473.56 |

2026

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales/Revenue | $506,099.75 | $564,184.85 | $465,895.61 | $514,700.78 | $552,631.75 | $531,578.94 | $542,105.26 | $552,631.57 | $573,684.21 | $573,684.21 | $573,684.21 | $542,105.26 | $6,492,986.40 |
| Total Income | $506,099.75 | $564,184.85 | $465,895.61 | $514,700.78 | $552,631.75 | $531,578.94 | $542,105.26 | $552,631.57 | $573,684.21 | $573,684.21 | $573,684.21 | $542,105.26 | $6,492,986.40 |
| Cost Goods | $303,659.85 | $338,510.91 | $279,537.37 | $308,820.47 | $331,579.05 | $318,947.36 | $325,263.16 | $331,578.94 | $344,210.53 | $344,210.53 | $344,210.53 | $325,263.16 | $3,895,791.84 |
| Total Cost Goods | $303,659.85 | $338,510.91 | $279,537.37 | $308,820.47 | $331,579.05 | $318,947.36 | $325,263.16 | $331,578.94 | $344,210.53 | $344,210.53 | $344,210.53 | $325,263.16 | $3,895,791.84 |
| Gross Profit | $202,439.90 | $225,673.94 | $186,358.24 | $205,880.31 | $221,052.70 | $212,631.58 | $216,842.10 | $221,052.63 | $229,473.68 | $229,473.68 | $229,473.68 | $216,842.10 | $2,597,194.56 |
| Expense | | | | | | | | | | | | | |
| Adverising | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $45,600.00 |
| Auto/Truck | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $48,400.00 |
| Auto Lease | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $20,400.00 |
| Bank Fee | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Building Exp | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Commission | $12,652.47 | $14,104.42 | $11,647.39 | $12,867.51 | $13,815.79 | $13,289.47 | $13,552.63 | $13,815.78 | $14,342.10 | $14,342.10 | $14,342.10 | $13,552.63 | $162,324.39 |
| Computer/internet | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 |
| Credit Card Fee | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $25,200.00 |
| Insurance Expense | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Meals & Entertainment | $1,000.00 | $1,000.00 | $4,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $15,000.00 |
| Payroll Expenses | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $1,066,119.12 |
| Printing and Reproduction | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $42,000.00 |
| Professional Fees | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| Repairs and Maintenance | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| Shipping / Freight | $28,000.00 | $39,492.94 | $29,612.54 | $36,029.05 | $38,684.22 | $37,210.53 | $37,947.37 | $38,684.21 | $38,157.35 | $38,157.35 | $38,157.35 | $35,947.65 | $436,080.56 |
| Show Booth | $0.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,000.00 |
| Telephone Expense | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $16,800.00 |
| Travel Expense | $1,000.00 | $4,000.00 | $4,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $18,000.00 |
| Utilities | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $57,600.00 |
| Warehouse Supplies | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $132,000.00 |
| Total Exp | $177,477.41 | $200,422.30 | $192,084.87 | $186,721.50 | $190,324.95 | $188,324.94 | $189,324.94 | $208,324.93 | $190,324.39 | $190,324.39 | $190,324.39 | $187,325.22 | $2,291,304.23 |
| Net Profit | $24,962.49 | $25,251.64 | -$5,726.63 | $19,158.81 | $30,727.75 | $24,306.64 | $27,517.17 | $12,727.70 | $39,149.29 | $39,149.29 | $39,149.29 | $29,516.88 | $305,890.33 |

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales/Revenue** | $532,736.57 | $593,878.78 | $490,416.43 | $541,790.29 | $581,717.63 | $559,556.77 | $570,637.11 | $581,717.44 | $603,878.11 | $603,878.11 | $603,878.11 | $570,637.11 | $6,834,722.46 |
| **Total Income** | $532,736.57 | $593,878.78 | $490,416.43 | $541,790.29 | $581,717.63 | $559,556.77 | $570,637.11 | $581,717.44 | $603,878.11 | $603,878.11 | $603,878.11 | $570,637.11 | $6,834,722.46 |
| **Cost Goods** | $319,641.94 | $356,327.27 | $294,249.86 | $325,074.17 | $349,030.58 | $335,734.06 | $342,382.27 | $349,030.46 | $362,326.87 | $362,326.87 | $362,326.87 | $342,382.27 | $4,100,833.48 |
| **Total Cost Goods** | $319,641.94 | $356,327.27 | $294,249.86 | $325,074.17 | $349,030.58 | $335,734.06 | $342,382.27 | $349,030.46 | $362,326.87 | $362,326.87 | $362,326.87 | $342,382.27 | $4,100,833.48 |
| **Gross Profit** | $213,094.63 | $237,551.51 | $196,166.57 | $216,716.12 | $232,687.05 | $223,822.71 | $228,254.84 | $232,686.98 | $241,551.24 | $241,551.24 | $241,551.24 | $228,254.84 | $2,733,888.98 |
| **Expense** | | | | | | | | | | | | | |
| **Adveristing** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| **Auto/Truck** | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $52,800.00 |
| **Auto Lease** | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| **Bank Fee** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| **Building Exp** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| **Commission** | $13,318.42 | $14,846.97 | $12,260.41 | $12,867.51 | $14,542.94 | $13,988.92 | $14,265.93 | $14,542.94 | $15,096.95 | $15,096.95 | $15,096.95 | $14,265.93 | $170,190.82 |
| **Computer/internet** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 |
| **Credit Card Fee** | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| **Insurance Expense** | $10,000.00 | $1,000.00 | $10,000.00 | $10,000.00 | $1,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $102,000.00 |
| **Meals & Entertainment** | $1,000.00 | $1,000.00 | $4,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $15,000.00 |
| **Payroll Expenses** | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $90,620.12 | $1,087,441.44 |
| **Printing and Reproduction** | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $42,000.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| **Repairs and Maintenance** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| **Shipping / Freight** | $28,000.00 | $41,571.51 | $29,612.54 | $37,925.32 | $40,720.23 | $39,168.97 | $39,944.60 | $40,720.22 | $38,157.35 | $38,157.35 | $38,157.35 | $35,947.65 | $448,083.10 |
| **Show Booth** | $0.00 | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,000.00 |
| **Telephone Expense** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 |
| **Travel Expense** | $1,500.00 | $5,000.00 | $5,000.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $25,000.00 |
| **Utilities** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| **Warehouse Supplies** | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $144,000.00 |
| **Total Exp** | $184,820.22 | $202,420.28 | $199,874.75 | $194,294.63 | $189,764.97 | $196,659.69 | $197,712.33 | $218,764.96 | $196,756.10 | $196,756.10 | $196,756.10 | $193,715.38 | $2,368,295.52 |
| **Net Profit** | $28,274.41 | $35,131.23 | -$3,708.18 | $22,421.49 | $42,922.08 | $27,163.01 | $30,542.52 | $13,922.02 | $44,795.14 | $44,795.14 | $44,795.14 | $34,539.46 | $365,593.46 |

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales/Revenue** | $549,212.95 | $612,246.16 | $505,583.94 | $558,546.69 | $599,708.89 | $576,862.64 | $588,285.68 | $599,708.70 | $622,554.75 | $622,554.75 | $622,554.75 | $588,285.68 | $7,046,105.58 |
| **Total Income** | $549,212.95 | $612,246.16 | $505,583.94 | $558,546.69 | $599,708.89 | $576,862.64 | $588,285.68 | $599,708.70 | $622,554.75 | $622,554.75 | $622,554.75 | $588,285.68 | $7,046,105.58 |
| **Cost Goods** | $329,527.77 | $367,347.70 | $303,350.36 | $335,128.01 | $359,825.33 | $346,117.58 | $352,971.41 | $359,825.22 | $373,532.85 | $373,532.85 | $373,532.85 | $352,971.41 | $4,227,663.35 |
| **Total Cost Goods** | $329,527.77 | $367,347.70 | $303,350.36 | $335,128.01 | $359,825.33 | $346,117.58 | $352,971.41 | $359,825.22 | $373,532.85 | $373,532.85 | $373,532.85 | $352,971.41 | $4,227,663.35 |
| **Gross Profit** | $219,685.18 | $244,898.46 | $202,233.58 | $223,418.68 | $239,883.56 | $230,745.06 | $235,314.27 | $239,883.48 | $249,021.90 | $249,021.90 | $249,021.90 | $235,314.27 | $2,818,442.23 |
| **Expense** | | | | | | | | | | | | | |
| **Adveristing** | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $45,600.00 |
| **Auto/Truck** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| **Auto Lease** | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $22,800.00 |
| **Bank Fee** | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| **Building Exp** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| **Commission** | $13,730.32 | $15,306.15 | $12,639.60 | $13,963.68 | $14,992.73 | $14,421.57 | $14,707.14 | $14,992.71 | $15,563.87 | $15,563.87 | $15,563.87 | $14,707.14 | $176,152.65 |
| **Computer/internet** | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $19,200.00 |
| **Credit Card Fee** | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 |
| **Insurance Expense** | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| **Meals & Entertainment** | $1,000.00 | $1,000.00 | $4,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $15,000.00 |
| **Payroll Expenses** | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $92,397.00 | $1,108,764.00 |
| **Printing and Reproduction** | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $42,000.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| **Repairs and Maintenance** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| **Shipping / Freight** | $30,400.00 | $45,112.88 | $31,093.17 | $41,053.83 | $44,078.01 | $42,399.99 | $43,239.00 | $44,078.60 | $40,065.22 | $40,065.22 | $40,065.22 | $37,773.38 | $479,424.52 |
| **Show Booth** | $0.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,000.00 |
| **Telephone Expense** | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $19,200.00 |
| **Travel Expense** | $1,500.00 | $5,000.00 | $5,000.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $25,000.00 |
| **Utilities** | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $62,400.00 |
| **Warehouse Supplies** | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $156,000.00 |
| **Total Exp** | $190,609.00 | $217,397.71 | $203,711.45 | $201,496.19 | $205,549.42 | $203,300.24 | $204,424.82 | $223,549.99 | $202,107.77 | $202,107.77 | $202,107.77 | $198,959.20 | $2,455,321.33 |
| **Net Profit** | $29,076.18 | $27,500.75 | -$1,477.87 | $21,922.49 | $34,334.14 | $27,444.82 | $30,889.45 | $16,333.49 | $46,914.13 | $46,914.13 | $46,914.13 | $36,355.07 | $363,120.90 |

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales/Revenue** | $565,689.33 | $581,110.39 | $479,872.47 | $575,303.09 | $617,700.15 | $594,168.51 | $605,934.22 | $617,699.96 | $641,231.39 | $641,231.39 | $641,231.39 | $605,934.25 | $7,167,106.54 |
| **Total Income** | $565,689.33 | $581,110.39 | $479,872.47 | $575,303.09 | $617,700.15 | $594,168.51 | $605,934.22 | $617,699.96 | $641,231.39 | $641,231.39 | $641,231.39 | $605,934.25 | $7,167,106.54 |
| **Cost Goods** | $339,413.60 | $348,666.23 | $287,923.48 | $345,181.85 | $370,620.09 | $356,501.11 | $363,560.53 | $370,619.98 | $384,738.83 | $384,738.83 | $384,738.83 | $363,560.55 | $4,300,263.92 |
| **Total Cost Goods** | $339,413.60 | $348,666.23 | $287,923.48 | $345,181.85 | $370,620.09 | $356,501.11 | $363,560.53 | $370,619.98 | $384,738.83 | $384,738.83 | $384,738.83 | $363,560.55 | $4,300,263.92 |
| **Gross Profit** | $226,275.73 | $232,444.16 | $191,948.99 | $230,121.24 | $247,080.06 | $237,667.40 | $242,373.69 | $247,079.98 | $256,492.56 | $256,492.56 | $256,492.56 | $242,373.70 | $2,866,842.62 |
| **Expense** | | | | | | | | | | | | | |
| **Adverising** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| **Auto/Truck** | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $56,400.00 |
| **Auto Lease** | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| **Bank Fee** | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| **Building Exp** | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| **Commission** | $14,142.24 | $14,527.76 | $11,996.81 | $14,382.58 | $15,442.50 | $14,854.21 | $15,148.36 | $15,442.50 | $16,030.78 | $16,030.78 | $16,030.78 | $15,148.36 | $179,177.66 |
| **Computer/internet** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 |
| **Credit Card Fee** | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $32,400.00 |
| **Insurance Expense** | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| **Meals & Entertainment** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| **Payroll Expenses** | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $1,153,114.56 |
| **Printing and Reproducti** | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $42,000.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $14,400.00 |
| **Repairs and Maintenanc** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| **Shipping / Freight** | $32,400.00 | $47,112.88 | $32,093.17 | $42,053.83 | $45,078.01 | $43,400.00 | $44,239.00 | $44,239.00 | $41,065.22 | $41,065.22 | $41,065.22 | $38,773.38 | $492,584.93 |
| **Show Booth** | $0.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,000.00 |
| **Telephone Expense** | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $20,400.00 |
| **Travel Expense** | $1,000.00 | $4,000.00 | $4,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $18,000.00 |
| **Utilities** | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| **Warehouse Supplies** | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $144,000.00 |
| **Total Exp** | $196,616.80 | $221,715.20 | $204,164.54 | $206,510.97 | $210,595.07 | $208,328.77 | $209,461.92 | $227,756.06 | $207,170.56 | $207,170.56 | $207,170.56 | $203,996.30 | $2,510,657.31 |
| **Net Profit** | $29,658.93 | $10,728.96 | -$12,215.55 | $23,610.27 | $36,484.99 | $29,338.63 | $32,911.77 | $19,323.92 | $49,322.00 | $49,322.00 | $49,322.00 | $38,377.40 | $356,185.31 |

| | January | February | March | April | May |
|---|---|---|---|---|---|
| **Total Sales/Revenue** | $506,099.75 | $564,184.85 | $465,895.61 | $514,700.78 | $552,631.75 |
| **Total Income** | $506,099.75 | $564,184.85 | $465,895.61 | $514,700.78 | $552,631.75 |
| **Total Cost Goods** | $303,659.85 | $338,510.91 | $279,537.37 | $308,820.47 | $331,579.05 |
| **Gross Profit** | $202,439.90 | $225,673.94 | $186,358.24 | $205,880.31 | $221,052.70 |
| **Expense** | | | | | |
| **Adveristing** | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 |
| **Auto/Truck** | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| **Auto Lease** | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 |
| **Bank Fee** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Building Exp** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Commission** | $12,652.47 | $14,104.42 | $11,647.39 | $12,867.51 | $13,815.79 |
| **Computer/internet** | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Credit Card Fee** | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 |
| **Insurance Expense** | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| **Meals & Entertainmen** | $1,000.00 | $1,000.00 | $4,000.00 | $1,000.00 | $1,000.00 |
| **Payroll Expenses** | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 |
| **Printing and Reprodu** | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| **Professional Fees** | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| **Repairs and Maintena** | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 |
| **Shipping / Freight** | $28,000.00 | $39,492.94 | $29,612.54 | $36,029.05 | $38,684.22 |
| **Show Booth** | $0.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 |
| **Telephone Expense** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Travel Expense** | $1,000.00 | $4,000.00 | $4,000.00 | $1,000.00 | $1,000.00 |
| **Utilities** | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 |
| **Warehouse Supplies** | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| **Total Exp** | $177,477.41 | $200,422.30 | $192,084.87 | $186,721.50 | $190,324.95 |
| **Net Profit** | $24,962.49 | $25,251.64 | -$5,726.63 | $19,158.81 | $30,727.75 |