| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales/Revenue** | 480,794.77 | 535,975.61 | 442,600.83 | 488,965.75 | 505,373.01 | 505,000.00 | 515,000.00 | 545,000.00 | 545,000.00 | 565,000.00 | 565,000.00 | 515,000.00 | $6,208,709.97 |
| **Cost of Goods Sold** | 288,476.86 | 321,585.37 | 246,527.29 | 249,635.83 | 263,311.29 | 277,750.00 | 283,250.00 | 299,750.00 | 299,750.00 | 310,750.00 | 310,750.00 | 283,250.00 | $3,434,786.64 |
| **Gross Profit** | 192,317.91 | 214,390.24 | 196,073.54 | 246,889.02 | 241,688.71 | 227,250.00 | 231,750.00 | 245,250.00 | 245,250.00 | 254,250.00 | 254,250.00 | 231,750.00 | $2,781,109.42 |
| **Expense** | | | | | | | | | | | | | |
| **Adveristing** | 1,001.68 | 4,076.27 | $7,037.54 | $1,589.20 | $758.70 | $829.80 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $22,493.19 |
| **Auto/Truck** | 3,942.02 | 2,457.71 | $2,692.37 | $7,025.30 | $6,108.37 | $3,762.16 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $49,987.93 |
| **Auto Lease** | 2,867.91 | 1,703.13 | $1,278.13 | $2,556.27 | $2,105.00 | $1,278.14 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $20,788.58 |
| **Bank Fee** | 293.39 | 672.70 | $246.00 | $261.68 | $211.00 | $339.50 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,424.27 |
| **Building Exp** | 180.27 | 2,081.15 | $1,643.28 | $1,135.30 | $552.72 | $154.04 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $8,746.76 |
| **Commission** | 12,767.12 | 10,412.18 | $12,247.51 | $12,500.00 | $11,500.00 | $13,488.31 | $14,800.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $162,715.12 |
| **Computer/internet** | 3,071.84 | 3,581.75 | $2,788.62 | $2,686.49 | $2,586.72 | $2,410.43 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $32,125.85 |
| **Credit Card Fee** | 1,028.68 | 1,991.94 | $1,636.96 | $1,469.15 | $3,207.27 | $1,615.89 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $1,900.00 | $22,349.89 |
| **Insurance Expense** | 7,231.05 | 13,111.54 | $3,354.16 | $7,711.13 | $7,623.38 | $6,907.83 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $93,939.09 |
| **Meals & Entertainment** | 813.07 | 341.07 | $1,761.90 | $421.73 | $7,045.22 | $188.82 | $800.00 | $800.00 | $800.00 | $1,200.00 | $1,200.00 | $1,200.00 | $16,571.81 |
| **Payroll Expenses** | 83,510.18 | 75,088.09 | $80,492.28 | $76,776.66 | $108,521.43 | $89,616.17 | $90,000.00 | $93,000.00 | $93,000.00 | $93,000.00 | $93,000.00 | $93,000.00 | $1,069,004.81 |
| **Printing and Reproduction** | 8,799.82 | 8,810.00 | $2,515.90 | $21,755.30 | $5,711.32 | $11,467.99 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $107,060.33 |
| **Professional Fees** | 2,000.00 | 2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $2,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| **Repairs and Maintenance** | 2,469.24 | 9,687.49 | $5,128.42 | $3,726.61 | $2,562.39 | $1,755.03 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $36,019.26 |
| **Shipping / Freight** | 33,686.37 | 32,069.22 | $12,668.51 | $46,731.69 | $32,924.21 | $49,580.72 | $42,000.00 | $45,000.00 | $45,000.00 | $48,000.00 | $48,000.00 | $45,000.00 | $480,660.72 |
| **Show Booth** | 0.00 | 2,195.03 | $3,971.52 | $0.00 | $0.00 | $0.00 | $0.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,166.55 |
| **Telephone Expense** | 1,303.39 | 1,261.74 | $1,261.74 | $1,097.04 | $1,437.47 | $291.53 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $14,452.91 |
| **Travel Expense** | 462.84 | 195.79 | $7,338.03 | $1,445.00 | $2,255.43 | $1,626.99 | $1,800.00 | $6,000.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $28,324.08 |
| **Utilities** | 4,208.11 | 1,619.66 | $7,656.96 | $3,023.04 | $3,144.93 | $2,989.04 | $4,000.00 | $4,000.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $49,841.74 |
| **Warehouse Supplies** | 11,477.77 | 17,163.52 | $13,560.69 | $22,006.70 | $14,145.27 | $12,805.61 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $181,159.56 |
| **Total Exp** | 181,114.75 | 190,519.98 | $171,280.52 | $213,918.29 | $212,400.83 | $201,108.00 | $199,481.68 | $217,881.68 | $208,481.68 | $210,881.68 | $210,881.68 | $207,881.68 | $2,425,832.45 |
| **Net Profit** | $11,203.16 | $23,870.26 | $24,793.02 | $32,970.73 | $29,287.88 | $26,142.00 | $32,268.32 | $27,368.32 | $36,768.32 | $43,368.32 | $43,368.32 | $23,868.32 | $355,276.97 |

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales/Revenue | $530,500.00 | $564,184.85 | $505,165.33 | $514,700.78 | $552,631.75 | $531,578.94 | $542,105.26 | $552,631.57 | $573,684.21 | $573,684.21 | $573,684.21 | $542,105.26 | $6,556,656.37 |
| Total Income | $530,500.00 | $564,184.85 | $505,165.33 | $514,700.78 | $552,631.75 | $531,578.94 | $542,105.26 | $552,631.57 | $573,684.21 | $573,684.21 | $573,684.21 | $542,105.26 | $6,556,656.37 |
| Cost Goods | $291,775.00 | $310,301.67 | $277,840.93 | $283,085.43 | $303,947.46 | $292,368.42 | $298,157.89 | $303,947.36 | $315,526.32 | $315,526.32 | $315,526.32 | $298,157.89 | $3,606,161.00 |
| Total Cost Goods | $291,775.00 | $310,301.67 | $277,840.93 | $283,085.43 | $303,947.46 | $292,368.42 | $298,157.89 | $303,947.36 | $315,526.32 | $315,526.32 | $315,526.32 | $298,157.89 | $3,606,161.00 |
| Gross Profit | $238,725.00 | $253,883.18 | $227,324.40 | $231,615.35 | $248,684.29 | $239,210.52 | $243,947.37 | $248,684.21 | $258,157.89 | $258,157.89 | $258,157.89 | $243,947.37 | $2,950,495.37 |
| Expense | | | | | | | | | | | | | |
| Adverising | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $16,800.00 |
| Auto/Truck | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,200.00 | $52,200.00 |
| Auto Lease | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $20,400.00 |
| Bank Fee | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Building Exp | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Commission | $15,000.00 | $15,800.00 | $13,000.00 | $13,500.00 | $15,800.00 | $15,500.00 | $15,500.00 | $15,500.00 | $18,000.00 | $18,000.00 | $18,000.00 | $15,000.00 | $188,600.00 |
| Computer/internet | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $33,600.00 |
| Credit Card Fee | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,100.00 | $27,300.00 |
| Insurance Expense | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 |
| Meals & Entertainment | $1,000.00 | $1,000.00 | $4,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $15,000.00 |
| Payroll Expenses | $94,000.00 | $95,000.00 | $88,843.26 | $94,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $98,000.00 | $98,000.00 | $98,000.00 | $95,000.00 | $1,140,843.26 |
| Printing and Reproduction | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $9,500.00 | $9,500.00 | $9,500.00 | $8,500.00 | $105,000.00 |
| Professional Fees | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Repairs and Maintenance | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Shipping / Freight | $42,000.00 | $45,000.00 | $29,612.54 | $42,000.00 | $45,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $48,000.00 | $48,000.00 | $48,000.00 | $42,000.00 | $515,612.54 |
| Show Booth | $0.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,000.00 |
| Telephone Expense | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $16,800.00 |
| Travel Expense | $1,800.00 | $3,000.00 | $3,000.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $24,000.00 |
| Utilities | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $57,600.00 |
| Warehouse Supplies | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $11,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $14,000.00 | $178,000.00 |
| Total Exp | $208,200.00 | $221,200.00 | $199,855.80 | $206,700.00 | $213,000.00 | $209,700.00 | $209,700.00 | $223,700.00 | $224,500.00 | $224,500.00 | $224,500.00 | $208,200.00 | $2,573,755.80 |
| Net Profit | $30,525.00 | $32,683.18 | $27,468.60 | $24,915.35 | $35,684.29 | $29,510.52 | $34,247.37 | $24,984.21 | $33,657.89 | $33,657.89 | $33,657.89 | $35,747.37 | $376,739.57 |

2027

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales/Revenue | $532,736.57 | $593,878.78 | $490,416.43 | $541,790.29 | $581,717.63 | $559,556.77 | $570,637.11 | $581,717.44 | $581,717.44 | $581,717.44 | $581,717.44 | $560,637.30 | $6,758,240.64 |
| Total Income | $532,736.57 | $593,878.78 | $490,416.43 | $541,790.29 | $581,717.63 | $559,556.77 | $570,637.11 | $581,717.44 | $581,717.44 | $581,717.44 | $581,717.44 | $560,637.30 | $6,758,240.64 |
| Cost Goods | $293,005.11 | $326,633.33 | $269,729.04 | $297,984.66 | $319,944.70 | $307,756.22 | $313,850.41 | $319,944.59 | $319,944.59 | $319,944.59 | $319,944.59 | $308,350.52 | $3,717,032.35 |
| Total Cost Goods | $293,005.11 | $326,633.33 | $269,729.04 | $297,984.66 | $319,944.70 | $307,756.22 | $313,850.41 | $319,944.59 | $319,944.59 | $319,944.59 | $319,944.59 | $308,350.52 | $3,717,032.35 |
| Gross Profit | $239,731.46 | $267,245.45 | $220,687.39 | $243,805.63 | $261,772.93 | $251,800.55 | $256,786.70 | $261,772.85 | $261,772.85 | $261,772.85 | $261,772.85 | $252,286.79 | $3,041,208.29 |
| Expense | | | | | | | | | | | | | |
| AdverIsting | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $21,600.00 |
| Auto/Truck | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $52,800.00 |
| Auto Lease | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Bank Fee | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Building Exp | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Commission | $15,000.00 | $19,000.00 | $12,260.41 | $15,000.00 | $19,000.00 | $16,000.00 | $16,500.00 | $17,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $19,000.00 | $208,760.41 |
| Computer/internet | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Credit Card Fee | $2,500.00 | $3,000.00 | $2,500.00 | $2,500.00 | $3,000.00 | $2,500.00 | $3,000.00 | $3,000.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,000.00 | $35,500.00 |
| Insurance Expense | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Meals & Entertainment | $1,500.00 | $1,500.00 | $4,000.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $20,500.00 |
| Payroll Expenses | $95,000.00 | $98,000.00 | $90,000.00 | $95,000.00 | $98,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $98,000.00 | $98,000.00 | $98,000.00 | $95,000.00 | $1,150,000.00 |
| Printing and Reproduction | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Professional Fees | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Repairs and Maintenance | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Shipping / Freight | $42,000.00 | $48,000.00 | $29,612.54 | $45,000.00 | $48,000.00 | $45,000.00 | $45,000.00 | $48,000.00 | $48,000.00 | $48,000.00 | $48,000.00 | $45,000.00 | $539,612.54 |
| Show Booth | $0.00 | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,000.00 |
| Telephone Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 |
| Travel Expense | $1,500.00 | $5,000.00 | $5,000.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $25,000.00 |
| Utilities | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| Warehouse Supplies | $15,000.00 | $15,000.00 | $12,000.00 | $15,000.00 | $17,000.00 | $17,000.00 | $18,000.00 | $18,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $18,000.00 | $205,000.00 |
| Total Exp | $207,700.00 | $232,700.00 | $198,572.95 | $210,700.00 | $223,200.00 | $213,700.00 | $225,700.00 | $229,200.00 | $227,700.00 | $227,700.00 | $227,700.00 | $218,200.00 | $2,642,772.95 |
| Net Profit | $32,031.46 | $34,545.45 | $22,114.44 | $33,105.63 | $38,572.93 | $38,100.55 | $31,086.70 | $32,572.85 | $34,072.85 | $34,072.85 | $34,072.85 | $34,086.79 | $398,435.34 |

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales/Revenue | $549,212.95 | $602,246.16 | $505,583.94 | $558,546.69 | $599,708.89 | $576,862.64 | $588,285.68 | $599,708.70 | $622,554.75 | $622,554.75 | $622,554.75 | $588,285.68 | $7,036,105.58 |
| Total Income | $549,212.95 | $602,246.16 | $505,583.94 | $558,546.69 | $599,708.89 | $576,862.64 | $588,285.68 | $599,708.70 | $622,554.75 | $622,554.75 | $622,554.75 | $588,285.68 | $7,036,105.58 |
| Cost Goods | $307,559.25 | $337,257.85 | $283,127.01 | $312,786.15 | $335,836.98 | $323,043.08 | $329,439.98 | $335,836.87 | $348,630.66 | $348,630.66 | $348,630.66 | $329,439.98 | $3,940,219.12 |
| Total Cost Goods | $307,559.25 | $337,257.85 | $283,127.01 | $312,786.15 | $335,836.98 | $323,043.08 | $329,439.98 | $335,836.87 | $348,630.66 | $348,630.66 | $348,630.66 | $329,439.98 | $3,940,219.12 |
| Gross Profit | $241,653.70 | $264,988.31 | $222,456.93 | $245,760.54 | $263,871.91 | $253,819.56 | $258,845.70 | $263,871.83 | $273,924.09 | $273,924.09 | $273,924.09 | $258,845.70 | $3,095,886.46 |
| Expense | | | | | | | | | | | | | |
| Adverting | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Auto/Truck | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $54,000.00 |
| Auto Lease | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Bank Fee | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Building Exp | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Commission | $15,000.00 | $2,000.00 | $15,000.00 | $15,000.00 | $20,000.00 | $19,000.00 | $19,000.00 | $20,000.00 | $22,000.00 | $22,000.00 | $22,000.00 | $2,000.00 | $193,000.00 |
| Computer/internet | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $38,400.00 |
| Credit Card Fee | $2,400.00 | $3,500.00 | $2,400.00 | $2,400.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,500.00 | $39,600.00 |
| Insurance Expense | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Meals & Entertainment | $1,800.00 | $1,800.00 | $4,000.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $23,800.00 |
| Payroll Expenses | $95,000.00 | $98,000.00 | $92,397.00 | $95,000.00 | $98,000.00 | $98,000.00 | $98,000.00 | $98,000.00 | $98,000.00 | $98,000.00 | $98,000.00 | $95,000.00 | $1,161,397.00 |
| Printing and Reproduction | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Professional Fees | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Repairs and Maintenance | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Shipping / Freight | $42,000.00 | $50,000.00 | $31,093.17 | $41,053.83 | $50,000.00 | $45,000.00 | $48,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $557,147.00 |
| Show Booth | $0.00 | $14,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | $0.00 | $0.00 | $0.00 | $32,000.00 |
| Telephone Expense | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $19,200.00 |
| Travel Expense | $1,500.00 | $5,000.00 | $5,000.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $25,000.00 |
| Utilities | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $5,200.00 | $62,400.00 |
| Warehouse Supplies | $14,000.00 | $18,000.00 | $13,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $18,000.00 | $18,000.00 | $15,000.00 | $186,000.00 |
| Total Exp | $209,800.00 | $230,400.00 | $200,990.17 | $209,853.83 | $227,900.00 | $221,900.00 | $224,900.00 | $236,900.00 | $239,200.00 | $233,200.00 | $233,200.00 | $206,900.00 | $2,675,144.00 |
| Net Profit | $31,853.70 | $34,588.31 | $21,466.76 | $35,906.71 | $35,971.91 | $31,919.56 | $33,945.70 | $26,971.83 | $34,724.09 | $40,724.09 | $40,724.09 | $51,945.70 | $420,742.46 |

2029

| | January | February | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales/Revenue | $565,689.33 | $581,110.39 | $525,872.47 | $575,303.09 | $617,700.15 | $594,168.51 | $605,934.22 | $617,699.96 | $641,231.39 | $641,231.39 | $641,231.39 | $605,934.25 | $7,213,106.54 |
| Total Income | $565,689.33 | $581,110.39 | $525,872.47 | $575,303.09 | $617,700.15 | $594,168.51 | $605,934.22 | $617,699.96 | $641,231.39 | $641,231.39 | $641,231.39 | $605,934.25 | $7,213,106.54 |
| Cost Goods | $316,786.02 | $325,421.82 | $294,488.58 | $322,169.73 | $345,912.08 | $332,734.37 | $339,323.16 | $345,911.98 | $359,089.58 | $359,089.58 | $359,089.58 | $339,323.18 | $4,039,339.66 |
| Total Cost Goods | $316,786.02 | $325,421.82 | $294,488.58 | $322,169.73 | $345,912.08 | $332,734.37 | $339,323.16 | $345,911.98 | $359,089.58 | $359,089.58 | $359,089.58 | $339,323.18 | $4,039,339.66 |
| Gross Profit | $248,903.31 | $255,688.57 | $231,383.89 | $253,133.36 | $271,788.07 | $261,434.14 | $266,611.06 | $271,787.98 | $282,141.81 | $282,141.81 | $282,141.81 | $266,611.07 | $3,173,766.88 |
| Expense | | | | | | | | | | | | | |
| Adveristing | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Auto/Truck | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $4,700.00 | $56,400.00 |
| Auto Lease | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 |
| Bank Fee | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Building Exp | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Commission | $15,000.00 | $19,000.00 | $11,996.81 | $19,000.00 | $21,000.00 | $20,000.00 | $21,000.00 | $22,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $20,000.00 | $240,996.81 |
| Computer/internet | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $3,200.00 | $38,400.00 |
| Credit Card Fee | $2,700.00 | $3,500.00 | $2,700.00 | $3,500.00 | $3,800.00 | $3,500.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,500.00 | $42,200.00 |
| Insurance Expense | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $132,000.00 |
| Meals & Entertainment | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $21,600.00 |
| Payroll Expenses | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $96,092.88 | $1,153,114.56 |
| Printing and Reproduction | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Professional Fees | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Repairs and Maintenanc | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $21,380.16 |
| Shipping / Freight | $42,000.00 | $47,112.88 | $32,093.17 | $42,053.83 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $45,000.00 | $558,259.88 |
| Show Booth | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | $0.00 | $0.00 | $0.00 | $18,000.00 |
| Telephone Expense | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $20,400.00 |
| Travel Expense | $1,000.00 | $4,000.00 | $4,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $18,000.00 |
| Utilities | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| Warehouse Supplies | $15,000.00 | $15,000.00 | $15,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $207,000.00 |
| Total Exp | $213,174.56 | $226,087.44 | $203,264.54 | $221,028.39 | $231,274.56 | $229,974.56 | $231,274.56 | $241,274.56 | $243,274.56 | $234,274.56 | $234,274.56 | $224,974.56 | $2,734,151.41 |
| Net Profit | $35,728.75 | $29,601.13 | $28,119.35 | $32,104.97 | $40,513.51 | $31,459.58 | $35,336.50 | $30,513.42 | $38,867.25 | $47,867.25 | $47,867.25 | $41,636.51 | $439,615.47 |

| | January | February | March | April | May |
|---|---|---|---|---|---|
| Total Sales/Revenue | $506,099.75 | $564,184.85 | $465,895.61 | $514,700.78 | $552,631.75 |
| Total Income | $506,099.75 | $564,184.85 | $465,895.61 | $514,700.78 | $552,631.75 |
| Total Cost Goods | $303,659.85 | $338,510.91 | $279,537.37 | $308,820.47 | $331,579.05 |
| Gross Profit | $202,439.90 | $225,673.94 | $186,358.24 | $205,880.31 | $221,052.70 |
| Expense | | | | | |
| Adveristing | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 |
| Auto/Truck | $3,200.00 | $3,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Auto Lease | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 |
| Bank Fee | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Building Exp | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Commission | $12,652.47 | $14,104.42 | $11,647.39 | $12,867.51 | $13,815.79 |
| Computer/internet | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Credit Card Fee | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 |
| Insurance Expense | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| Kay Financial | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Meals & Entertainmen | $1,000.00 | $1,000.00 | $4,000.00 | $1,000.00 | $1,000.00 |
| Payroll Expenses | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 | $88,843.26 |
| Printing and Reprodu | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Professional Fees | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Repairs and Maintena | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 | $1,781.68 |
| Shipping / Freight | $28,000.00 | $39,492.94 | $29,612.54 | $36,029.05 | $38,684.22 |
| Show Booth | $0.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 |
| Telephone Expense | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| Travel Expense | $1,000.00 | $4,000.00 | $4,000.00 | $1,000.00 | $1,000.00 |
| Utilities | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 |
| Warehouse Supplies | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| Total Exp | $187,477.41 | $210,422.30 | $202,084.87 | $196,721.50 | $200,324.95 |
| Net Profit | $14,962.49 | $15,251.64 | -$15,726.63 | $9,158.81 | $20,727.75 |